ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
BROOKE DEARDURFF, Bar No. 292433
bdeardurff@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Facsimile:   213.443.4299

Attorneys for Defendants
THE GEO GROUP, INC. and GEO
CORRECTIONS AND DETENTION, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL SANTIAGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida Corporation dba GEO CALIFORNIA, INC.; GEO Corrections and Detention, LLC; DOES 1 - 10, individuals, and DOES, 11 - 20, business entities inclusive,<br><br>Defendants. | Case No.  5:16-CV-02263 – DOC - KK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION**<br><br>*[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts & Conclusions of Law; Declaration of Michelle Rapoport; Declaration of James Janecka; Compendium of Evidence; [Proposed] Judgment Granting Defendants' Motion]*<br><br>**Date:          December 18, 2017**<br>**Time:          8:30 a.m.**<br>**Crt Rm:      9D – 9th Floor**<br><br>Trial Date: January 23, 2018 |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

DEFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMT

1.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on December 18, 2017 at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-entitled Court, located at 411 West 4th Street, Santa Ana, California 92701, Defendants THE GEO GROUP, INC. and GEO Corrections and Detention, LLC ("GEO") will and hereby moves the Court for summary judgment pursuant to Fed. R. Civ. P. 56 on the ground that there is no genuine issue as to any material fact and the moving party is entitled to judgment against Plaintiff Emanuel Santiago ("Plaintiff") as a matter of law; in the alternative, GEO will and do hereby move for partial summary judgment on the noticed issues listed below.

This motion is based on this notice, the memorandum of points and authorities, the statement of uncontroverted facts and conclusions of law, the compendium of evidence, the request for judicial notice, pleadings and papers on file herein, and on such evidence as may be presented at the hearing on the motion.

GEO's motion is premised on the following noticed issues:

**Issue No. 1**:  GEO is entitled to summary adjudication in its favor and against Plaintiff on the first cause of action for "Failure to Prevent Discrimination and Retaliation in Violation of Government Code Section 12940(K)," because it fails as a matter of law.

**Issue No. 2**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the second cause of action for "Discrimination Based On Gender In Violation of Government Code Section 12940," because it fails as a matter of law.

**Issue No. 3**:  GEO is entitled to summary adjudication in its favor and against Plaintiff on the third cause of action for "Wrongful Termination In Violation of Public Policy," because it fails as a matter of law.

**Issue No. 4**:  GEO is entitled to summary adjudication in its favor and against Plaintiff on the fourth cause of action for "Unfair Business Practices in Violation of Business and Professions Code Section 17200, Et Seq.," because it fails as a matter of

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DEFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMT          2.

law.

**Issue No. 5**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the fifth cause of action for "Retaliation in Violation of Labor Code Section 1102.5," because it fails as a matter of law.

**Issue No. 6**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the sixth cause of action for "Failure To Provide Rest & Meal Periods," because it fails as a matter of law.

**Issue No. 7**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the seventh cause of action for "Failure to Pay State Overtime Compensation Under California Labor Code Sections 510 and 1194," because it fails as a matter of law.

**Issue No. 8**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the eighth cause of action for "Failure to Provide Accurate Wage Statements," because it fails as a matter of law.

**Issue No. 9**:  GEO is entitled to summary adjudication in its favor and against Plaintiff on the ninth cause of action for "Failure to Pay Wages Timely Upon Termination Under Labor Code Section 203," because it fails as a matter of law.

**Issue No. 10**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the tenth cause of action for "Failure to Pay Wages On Regularly Established Paydays," because it fails as a matter of law.

**Issue No. 11**: GEO is entitled to summary adjudication in its favor and against Plaintiff on his prayer for punitive damages because it fails as a matter of law.

//

//

//

//

//

//

DEFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMT

3.

1    This motion is made following a meet and confer letter that GEO sent on

2  November 6, 2017, and a subsequent telephonic conference of counsel pursuant to

3  Local Rule 7-3.

4

5  Dated:    November 20, 2017

6

7                                                    /s/ *Michelle Rapoport*

8                                           ELIZABETH STAGGS WILSON
                                            MICHELLE RAPOPORT
9                                           BROOKE DEARDURFF
                                            LITTLER MENDELSON, P.C.
10                                          Attorneys for Defendants
                                            THE GEO GROUP, INC. and GEO
11                                          CORRECTIONS AND DETENTION,
                                            LLC
12

13  Firmwide:150582647.1 059218.1286

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMT                    4.