ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
BROOKE DEARDURFF, Bar No. 292433
bdeardurff@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Facsimile:   213.443.4299

Attorneys for Defendants
THE GEO GROUP, INC. and GEO
CORRECTIONS AND DETENTION, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL SANTIAGO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE GEO GROUP, INC., a Florida Corporation dba GEO CALIFORNIA, INC.; GEO Corrections and Detention, LLC; DOES 1 - 10, individuals, and DOES, 11 - 20, business entities inclusive,<br><br>　　　　　Defendants. | Case No.  5:16-CV-02263 – DOC - KK<br><br>**[PROPOSED] ORDER RE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:　　December 18, 2017<br>Time:　　8:30 a.m.<br>Crt Rm:　 9D – 9th Floor<br><br>Trial Date: January 23, 2018 |

ORDER RE DEFS' MOTION FOR SUMMARY JUDGMT        1.

On December 18, 2017 at 8:30 a.m. in Courtroom 9D of the above-entitled court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants THE GEO GROUP, INC. and GEO CORRECTIONS AND DETENTION, LLC'S ("GEO") Motion for Summary Judgment, or in the Alternative Motion for Summary Adjudication ("Motion"), came on regularly for hearing in the above-captioned matter.

The Court, having read and considered the papers submitted both in support of and in opposition to the Motion, and based upon the papers and pleadings on file in this matter as well as oral argument, if any, of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that GEO's Motion for Summary Judgment is GRANTED in its entirety and all causes of action in Plaintiff EMANUEL SANTIAGO's ("Plaintiff") Complaint asserted against GEO shall be, and hereby are, dismissed with prejudice and judgment shall be entered forthwith in favor of GEO and against Plaintiff with respect to all causes of action.

The Court finds there is no triable issue as to any material fact, and GEO is entitled to judgment as a matter of law.

**OR IN THE ALTERNATIVE,**

**IT IS HEREBY ORDERED** that GEO has shown by admissible evidence and reasonable inference therefrom, not contradicted by other evidence and reasonable inferences, that there is no triable issue of any material fact with respect to the following issues and therefore, GEO is entitled to summary adjudication:

**Noticed Issue No. 1**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the first cause of action for "Failure to Prevent Discrimination and Retaliation in Violation of Government Code Section 12940(K)," because it fails as a matter of law.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

ORDER RE DEFS' MOTION FOR SUMMARY JUDGMT

2.

**Noticed Issue No. 2**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the second cause of action for "Discrimination Based On Gender In Violation of Government Code Section 12940," because it fails as a matter of law.

**Noticed Issue No. 3**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the third cause of action for "Wrongful Termination In Violation of Public Policy," because it fails as a matter of law.

**Noticed Issue No. 4**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the fourth cause of action for "Unfair Business Practices in Violation of Business and Professions Code Section 17200, Et Seq.," because it fails as a matter of law.

**Noticed Issue No. 5**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the fifth cause of action for "Retaliation in Violation of Labor Code Section 1102.5," because it fails as a matter of law.

**Noticed Issue No. 6**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the sixth cause of action for "Failure To Provide Rest & Meal Periods," because it fails as a matter of law.

**Noticed Issue No. 7**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the seventh cause of action for "Failure to Pay State Overtime Compensation Under California Labor Code Sections 510 and 1194," because it fails as a matter of law.

**Noticed Issue No. 8**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the eighth cause of action for "Failure to Provide Accurate Wage

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

ORDER RE DEFS' MOTION FOR SUMMARY JUDGMT   3.

Statements," because it fails as a matter of law.

**Noticed Issue No. 9**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the ninth cause of action for "Failure to Pay Wages Timely Upon Termination Under Labor Code Section 203," because it fails as a matter of law.

**Noticed Issue No. 10**: GEO is entitled to summary adjudication in its favor and against Plaintiff on the tenth cause of action for "Failure to Pay Wages On Regularly Established Paydays," because it fails as a matter of law.

**Noticed Issue No. 11**: GEO is entitled to summary adjudication in its favor and against Plaintiff on his prayer for punitive damages because it fails as a matter of law.

**IT IS SO ORDERED.**

Dated: _____, 2017

HON. JUDGE DAVID O. CARTER

Firmwide:151316062.1 059218.1286

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

ORDER RE DEFS' MOTION FOR SUMMARY JUDGMT

4.