# EXHIBIT 6

Santiago Produced Documents

SANTIAGO001

| GEO Corrections & Detention | **Adelanto Detention Facility**<br><br>**POLICY and PROCEDURE MANUAL**<br><br>**CHAPTER: Post Orders**<br><br>**TITLE:  Administrative Segregation Unit Officer**<br><br>**RELATED ACA STANDARDS:  4-ALDF-2A-04** | **NUMBER:**<br>10.3.7A – ADF<br><br>**SUPERSEDES:**<br>NEW<br><br>**EFFECTIVE:**<br>06/15/2015 |
| --- | --- | --- |

**All Officers will read and sign the appropriate post orders upon assuming a new post.  Failure to do so could lead to disciplinary action taken up to and including termination.**

## I.  AREA OF RESPONSIBILITY

The Officer assigned to this post is responsible for all areas within his/her range of vision.  This will include all areas within sight and sound, including windows, emergency fire doors, corridors, the adjacent entrances to the main corridor and observation of the exterior of the facility grounds area.

## II.  SUPERVISION

The Administrative Segregation/Special Management Unit (ADSEG/SMU) Officer reports directly to the Shift Supervisor.

A.   Shift Hours as scheduled per roster.
B.   Operational hours as scheduled per roster.
C.   Days off as scheduled per roster.

## III.  EQUIPMENT

**The following equipment will be worn on the SEG/SMU Officer's duty belt:**

A.   Hand Held Radio
B.   Keys
C.   Handcuffs
D.   Tour Pipe Device
E.   Flashlight

## IV.  GENERAL DUTIES

A.   Receive orders and instructions from the Shift Supervisor.
B.   Make written and oral reports as necessary.
C.   Receive information from the preceding ADSEG/SMU Officer.
D.   Relay all information pertinent to the operation of all other shifts and departments.
E.   Perform other duties as assigned.
F.   All staff is responsible for familiarization with facility policies. All policies are available at designated areas.  Electronic access to local policies is also available to designated employees.
G.   All staff assigned to the segregation unit are prohibited from entering the control pod unless in the event of an emergency.
H.   Officer must remain vigilant in segregation performing 30 minute checks and all required counts.
I.   All segregation security video will be reviewed daily by the Assistant Facility Administrator Security to ensure compliance.

Initials   Date

SANTIAGO002



| | Adelanto Detention Facility | |
|---|---|---|
| | **POLICY AND PROCEDURE MANUAL** | |
| | **CHAPTER:** Post Orders | **NUMBER: 10.3.7A – ADF** |
| | **TITLE:  Administrative Segregation Unit Officer** | |

## V.    RESPONSIBILITIES

### A.   Operating Procedures

All detainees must be evaluated by a medical professional prior to being placed in Administrative Segregation/Special Management Unit. Administrative Segregation officer duty station will be located at the front of the unit. The adseg officer will be expected to remain at this post unless making required security rounds/counts or performing other required duties.

Water flow to the cells in the Administrative Segregation/Special Management Unit may be restricted through the plumbing chases at the direction of the Shift Supervisor. Documentation will be submitted to the Facility Administrator for any instance of water flow restrictions.

Handcuff ports/food slots in doors will be kept shut unless they are actually in use.

Detainees under administrative segregation will retain the same privileges offered to detainees in general population. To accommodate the different classification and safety needs of those detainees in administrative segregation, movement freely in and out of the cells may be restricted. Active movement in and out of assigned cells will be scheduled by the facility to accommodate classification, custody group and safety needs.

Detainees will have access to showers, television, social interaction, telephones and law library terminals.

Razors will only be issued to detainees once secured in the shower. The Officer will inspect the razor upon completion and prior to movement back to the cell to ensure the blade is intact. The issuance and return of ALL razors will be logged in the Razor log book.

Staff will personally observe every detainee at least every thirty minutes on an irregular schedule and document the checks in their logbook as well as the 30 minute check form located near each occupied cell.  Detainees who are violent or mentally disordered or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal detainees are under continuous observation until seen by a mental health professional.  Subsequent supervision routines are in accordance with that ordered by the mental health professional. [4-ALDF-2A-52]

### B.   Property and Contraband Control

Control of property and contraband will include a thorough search and documented inventory of all personal property brought by a detainee to the unit. Upon the detainees arrival to administrative segregation, and before placement into a cell, the detainee and property will thoroughly be searched in accordance with search procedures. Detainee cells will be routinely searched for contraband. All searches will be documented in the search log book.

Food service carts, cells, laundry carts and commissary bins will be thoroughly inspected and searched by staff to prevent the introduction of contraband. Searches will be logged in the unit search log.

Initials _____   Date _____



| | Adelanto Detention Facility | |
| POLICY AND PROCEDURE MANUAL | |
| CHAPTER:  Post Orders | NUMBER: 10.3.7A – ADF |
| TITLE:  Administrative Segregation Unit Officer | |

Supervisory staff may remove otherwise permissible items from the cell of a detainee in administrative segregation unit status when those items are being used by the detainee to harm himself or herself or others, create a disturbance, or otherwise disrupt the orderly operation of the unit.  Such instances must be documented in memo form or using a General Incident Report (GI) placed in the unit log and the individual detainee log sheet, and a copy of the memo or GI will be forwarded to the AFA-Security and the Facility Administrator.  The AFA-Security must personally approve all such instances that last longer than twenty-four hours.

A secure property storage area is provided in the Intake Property Room.  All property placed in storage will be thoroughly searched and inventoried, and a copy of the inventory sheet will be provided to the detainee.

C.    **Special Management Unit Programs**

Detainees in Administrative Segregation for protective custody may interact with other detainees in the same protective custody group.

Religious counseling and materials will be permitted in the unit, as provided by the Chaplain or approved religious representatives and approved by the AFA-Security.

Social and legal correspondence will be permitted, subject to available postage, per normal facility procedures.

Social and legal phone calls will be permitted to detainees in all categories, but may be limited to certain hours in accordance with staff availability.

Social and legal visiting will be permitted for all detainees in administrative segregation status provided they are not under visiting restrictions imposed by the facility administrator.

*Upon notification by the lobby officer of a detainee visit, the segregation Officer will verify the status of the detainee. The segregation Officer will inform the requesting officer of the status to include any documented precautions or restrictions.  Detainees housed in segregation for protective custody shall not use the Visitation room during normal visitation hours; protective custody detainees may be restricted to non-contact visiting area to accommodate a visit.*

Commissary will be permitted for detainees in all categories of administrative segregation status provided they are not under commissary restrictions imposed by the facility administrator.

Administrative Segregation detainees will be offered at least two (2) hours of recreation or exercise per day, seven (7) days a week.  Detainees will be offered time outside of their assigned cell for social interaction with other detainees in the same custody group as assigned by the facility schedule.

All participation or refusal to participate in recreation, showers, meals, staff interviews, visits or other major unit activities will be logged on the detainees' individual activity sheets.

Initials _____ Date _____



| | Adelanto Detention Facility | |
| :-- | :--: | :-- |
| | **POLICY AND PROCEDURE MANUAL** | |
| | **CHAPTER: Post Orders** | **NUMBER: 10.3.7A – ADF** |
| | **TITLE: Administrative Segregation Unit Officer** | |

**D.    Food Service Operations**

Food service operations will be under the general oversight of the Food Services Manager and will include in-cell service of meals. All meals will be served with all detainees secured in their assigned cell.

Detainees in the administrative segregation unit shall receive three nutritionally adequate meals per day from the menu served to the general population.



Staff will ensure that food delivered to detainees is at the proper temperature.  Modification, reduction, or termination of meals will not be used as a behavioral control measure or for punishment.

Unit staff is responsible for ensuring the sanitary conditions of all utensils and trays.

Detainees who use food or other meal-related items to disrupt operations or threaten others will be served the same food as the general population.  However, Styrofoam or disposable trays and utensils may be substituted for the regular food tray.

**E.    Other Unit Programs**

The following programs and services are in operation in the administrative segregation unit:

1.    Laundry and clothing exchange procedures will be equivalent to the services offered in the general population; special demeaning clothing will not be used.
2.    Detainees in administrative segregation status will be given the opportunity to watch television for one (1) hour a day as scheduled by the detainee's custody group.
3.    Sanitation in the unit will be maintained at a high level.  Detainees will be responsible for cleaning their own cells. Classification may approve specially screened detainees housed in the unit for duty as porters.

**F.    Other Considerations**



Special categories of detainees may require a locked status in administrative segregation based on safety and security concerns of the facility, and will be handled in on a case by case basis.  These detainees may be housed in the administrative segregation unit.  However the privileges permitted by these detainees may very due to different safety and security concerns displayed by the individual detainee actions. All modifications or restriction to a detainee's individual program or privileges will be documented and notification of such will be made to the Facility Administrator in writing.

Protective custody cases will require separation, at a minimum, from the detainees by whom they are threatened.  In some cases, separation from all other detainees will be required.  Records on these cases should reflect their status and custody group while in administrative segregation, and any other special precautions that must be taken.



| | Adelanto Detention Facility | |
| --- | --- | --- |
| | **POLICY AND PROCEDURE MANUAL** | |
| | **CHAPTER: Post Orders** | **NUMBER: 10.3.7A – ADF** |
| | **TITLE: Administrative Segregation Unit Officer** | |

 In many instances, careful movement through the facility and in the admission/release process will be needed. When it is necessary in the judgment of the Shift Supervisor, two staff members will be used to escort for such moves. Two staff member escort will be required at all times for any detainee requiring restraints of any kind.

Detainees with medical and psychiatric aspects to their cases will be handled in accordance with the medical orders for those cases as long as those orders do not conflict with the facility security needs. In any case in which there appears to be such a conflict, the Shift Supervisor and, if necessary, the AFA-Security or Facility Administrator will resolve the issue with the Health Services Administrator.

A cut down tool is located in the control pod office hall way in a RED emergency box mounted to the wall. In the event of an emergency, break glass and remove cut down tool.

**G.   Emergency Plans**

It is imperative that you be familiar with all procedures, especially emergency procedures for the post on which you work. You are specifically referred to the following emergency plans:

Facility Evacuation Plan
Bomb Plan
Riot/Disturbance Control Plan
Escape Plan
Hostage Plan
Power Outage Plan

**H.   Security Checks**

Inspect the following items upon assuming the administrative segregation post and every 30 minutes thereafter, at irregular intervals, to assure that security is maintained and to assure sanitation standards are being maintained. This security check will be entered in the log book as well as the 30 minute check form located near each occupied cell. The "PIPE" device will be used to log checks by pressing the "PIPE" against the metal discs mount on every cell door. Irregular 30-minute checks must begin within one-half hour from the time the last check was completed. (i.e., if the last check was completed at 0810 hours, the next check must begin before 0840 hours)

1. Determine that all detainees assigned to the administrative unit are present or accounted for at all times and that each detainee is safe. Detainees who are violent or mentally disordered or who demonstrate unusual or bizarre behavior shall receive more frequent observation; all detainee checks will be logged.
2. Check all doors, locks, windows, window frames and exterior walls to ensure that they are secure.
3. Check the sanitation of the administrative unit, direct cleaning as necessary and supervise the cleaning until it is properly completed.
4. Check for contraband in all areas of the administrative unit.
5. Note any equipment malfunctions and make appropriate notations in the log; prepare a Maintenance Work Order to report any malfunctions. Advise the on-duty Shift Supervisor in writing of the Maintenance Work Orders and malfunctions.

Initials _____   Date _____

SANTIAGO006



| | **Adelanto Detention Facility** | |
| --- | --- | --- |
| | **POLICY AND PROCEDURE MANUAL** | |
| | **CHAPTER: Post Orders** | **NUMBER: 10.3.7A – ADF** |
| | **TITLE: Administrative Segregation Unit Officer** | |

6. Ensure no detainee is housed in the same cell longer than 30 days, on the 31st day, the detainee must be moved to another cell. This is done for security and physiological reasons, to deter and prevent any detainee from escaping or tampering with locks, windows etc.

I. **Forms and Reviews**

1. A permanent and accurate log will be maintained in the administrative segregation unit. The log will record all activities concerning the administrative segregation detainees (e.g., meals served, recreation, visitors, etc.)

   **The log will record the detainee's name, A-number, housing location, date admitted, reasons for admission, and the authorizing official. All releases from the unit will be similarly recorded.**

   **Any** individual who visits the administrative segregation unit, for any reason, their printed name, signature, title, purpose of the visit, time in and time out of the unit will be recorded in the visitor log book located in the entrance sally port of the unit. In addition, cross gender announcements will be made when any visitor, opposite of the gender of the detainees housed in administrative segregation, enters the unit. Cross gender announcements will be recorded in the unit log book.

   Unusual activity or behavior of individual detainees will be recorded in the log, with a follow-up General Incident Report sent through the Facility Administrator to the detainee's file. Staff will notify the on shift supervisor and/or medical of the unusual activity or behavior.

2. The segregation activity sheet shall be prepared immediately upon the detainee's placement in the unit. The form will be completely filled out at the end of each shift and as the activity takes place. The detainee will have a custody group assigned to them once documentation has been reviewed by the Segregation Supervisor.

   The administrative segregation officer for each shift will record if the detainee was offered: meals, showers, recreation, and law library (such services will be offered in accordance with facility schedule). Documenting acceptance or refusal of such services offered to the detainee on the detainee's individual activity sheet. Any meal refusals or a declared hunger strike, by a detainee, must be reported to the shift supervisor immediately. Such refusals will also be documented in the unit log book and individual detainee activity sheet.

   The record will also be used to notate additional information, e.g., if the detainee has a medical condition, has exhibited suicidal/assaultive behavior, etc.

   The facility medical staff will be required to sign each individual record when he/she visits the detainee in segregation.

   A new record must be created when the current one is completed. The completed Special Housing Activity Sheets will be retained in the administrative segregation unit until the detainee is released or moved from the administrative segregation unit.

Initials _____   Date _____



| | Adelanto Detention Facility **POLICY AND PROCEDURE MANUAL** **CHAPTER:** Post Orders **TITLE:** Administrative Segregation Unit Officer | **NUMBER: 10.3.7A – ADF** |
|---|---|---|

A new record must be created when a detainee is moved from one classification to another, i.e. administrative segregation to disciplinary segregation. This will also occur disciplinary segregation to administrative segregation.

Upon release from the administrative segregation unit, the releasing Officer will ensure that the entire housing unit record relating to the detainee is attached to the Administrative Segregation Order and forwarded to the segregation supervisor who will review and archive the file.

**J.    High Security Cell Access**



High security cells will be specially marked with a notice to designate that an additional two-officer rule is in operation for the occupant. (A handheld video camera may be required for high security cell access). High security cells will only be opened with two additional officers present. Two officers will remain in the administrative segregation area during the out of cell time for that detainee.    High security designations will be made in selected cases.    Criteria for such a designation is:

1.   Demonstrated violent behavior toward staff;
2.   Demonstrated violent behavior toward other detainees;
3.   Demonstrated or reported serious escape history or risk; and
4.   Other case-by-case circumstances which warrant the high security designation.

Staff may make a recommendation for such action through their supervisor.    The Facility Administrator or designee will make the final decision.

**K.    Counts**

Ensure that the detainees are accounted for in a proper manner.  During all counts, all detainee activity stops.  All detainees are to report directly to their assigned cells.  The count is to be started when all detainees are returned to their cells and master control has announced begin count. Two Officers will be present during all counts; one taking the count and the other Officer will cover the count.  Then the counting Officer will cover the count and the other Officer will make a second count.  Both Officers will compare numbers by showing each Officer what they counted during that count.  Ensure you see living, breathing flesh when you count, **do not** assume that there is a detainee under the blankets or sheets.  The detainees are to remain in their assigned cells for the duration of the count. No activity will resume until Master Control has announced a clear count. Exceptions may be made under direction of the shift supervisor.

The counts Schedule is as follows:

0200, 0630, 1100, 1630 Face to Photo, 2100 and 2300 hour.

**L.    Detainee Movement**

1.   Control detainee movement and access into the administrative segregation by control of doors. Only those doors for a specific custody group of detainees will be open during scheduled times.  Tray slots will not be left open, unsecured or unattended. Movement in the administrative segregation unit will be strictly controlled and limited.

Initials _____    Date _____

SANTIAGO008



| | Adelanto Detention Facility | |
|---|---|---|
| | **POLICY AND PROCEDURE MANUAL** | |
| | **CHAPTER:** Post Orders | **NUMBER: 10.3.7A – ADF** |
| | **TITLE: Administrative Segregation Unit Officer** | |

2. Be familiar with all regulations concerning the movement and conduct of detainees. Ensure different security custody groups do not mix. Know what to do in emergencies. When in doubt, call the Shift Supervisor.



3. Placement of restraints on detainees of administrative segregation will not routinely be applied unless a safety and/or security concern is present. Handcuffs shall not be required for detainees who are out of their cell for cleaning purposes and supervised. Detainees being escorted to Intake to retrieve legal items must have the approval of the Shift Supervisor or higher authority.

   **ALL other detainees in the administrative segregation unit will be secured in their individual cells prior to any movement that involves a restrained detainee.**

4. Movement of detainees out of the administrative segregation unit that are of a protective custody status will be called in to Master Control to ensure that the hallway is cleared of detainees prior to the movement.

5. Ensure that the following escort procedures are followed.

   a. Always escort with the detainee(s) walking in front, never behind.
   b. Detainee(s) being escorted will be kept in clear sight.
   c. Detainee(s) being escorted are not to stray or stop until destination is reached.
   d. The escort officer shall walk on the strong-arm side of the detainee(s).

6. All detainee movement into and out of the unit will be recorded in the unit logbook.

7. Whenever detainee porters are used they must remain in the area where they are housed and must be under direct supervision at all times. Except for emergencies no detainees will be allowed out of their cell between 10:00pm - 6:00am. In the event a cell door needs to be open after normal hour activities, the Shift Supervisor must be present.

**M. Sanitation**

Cells will be cleaned and inspected daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor and wiping down flat surfaces, inspecting windows, vents, doors locks, etc for evidence of tampering. Shower facilities will remain in a sanitary condition at all times. Direct and supervise cleaning as needed.

**N. Control of Chemicals**

Responsible for ensuring that all cleaning materials are secured when not in use. Cleaning materials will be dispensed according to caustic control directives. The administrative segregation Officer will ensure that cleaning materials are returned to the Chemical Supply area, and the proper forms inventory forms are completed. The administrative segregation officer will be responsible for all cleaning materials issued are returned, to include the proper documentation being completed.

Initials _____ Date _____



| | **Adelanto Detention Facility** | |
| | **POLICY AND PROCEDURE MANUAL** | |
| | **CHAPTER: Post Orders** | **NUMBER: 10.3.7A – ADF** |
| | **TITLE: Administrative Segregation Unit Officer** | |

**O. Emergency Evacuation Procedures**

    1. Notification to Master Control Center and Shift Supervisor.
    2. Notification to all detainees and/or staff to prepare to evacuate. Emergency keys are located in Central Control.
    3. Detainees are evacuated one at a time, if the situation allows, beginning with the one in most danger first.
    4. Disciplinary and Administrative segregation detainees will exit the building, if safe to do so, via directives within the facility emergency evacuation plan.
    5. All cells and areas are visually/physically checked by the SEG/SMU Officer to make sure that no one is left in the unit.
    6. A count is taken as soon as possible to ensure that all detainees and staff are accounted for.

**P.** Responsible for maintaining the post log and all applicable documentation associated with administrative segregation.

**Q.** Responsible for maintaining detainee accountability for all detainees assigned to work. Ensure that detainees report for work as scheduled and that the Detainee Account Clerk receives all required documentation on a daily basis.

**R.** Responsible for maintaining incentive pay sheet on a daily basis, and ensure that they are correct so detainees are given credit for hours worked.

**S. Special Management Detainee:**

As it pertains to this section and policy, special management detainees are male detainees that are considered as "transgender" and have recognizable anatomical gender ambiguities. Special management detainees are further defined as: any male detainee that presents himself as a female and has undergone a physical transformation from male to female, whether or not the transformation is complete, will be treated as a special management detainee. Any male detainee that has undergone any surgical procedures to reassign his gender is considered a special management detainee. Any male detainee that has begun any type of hormonal treatment resulting in female like anatomical changes is considered a special management detainee. Any male detainee that has undergone any of the above processes or procedures and still possesses male genitalia is considered a special management detainee.

    1. All detainees that have been identified as special management according to the criteria provided in this policy will be housed as prescribed above and must be supervised, observed and monitored by **female staff only.**
    2. All special management detainees will be kept separate from general population detainees regardless of gender when moved within the facility and must be escorted at all times by **female staff members.**
    3. When transportation of special management detainees as identified by the criteria of this policy outside of the facility is necessary, each special management detainee will be treated as a separatee with at least one **female staff member** assigned to the transportation team.
    4. Unit housing records will identify the detainee as Protective Custody/Special Management.

Initials _____ Date 6/4/15



| | Adelanto Detention Facility<br>**POLICY AND PROCEDURE MANUAL**<br><br>**CHAPTER: Post Orders**<br><br>**TITLE: Administrative Segregation Unit Officer** | **NUMBER: 10.3.7A – ADF** |
|---|---|---|

**Direct supervision of detainees in the housing units/posts is required. Officers will not leave their post without proper relief.**

**It is a violation of this policy to harass or otherwise verbally provoke a detainee or detainees into an assault on staff in order to justify the use of force against those detainees. Non-force forms of intentional cruel punishment, such as public humiliation, are also prohibited.**

The information included in this specific Post Order may not include every situation the staff may face during the shift. The times listed are approximate and may be changed due to unforeseen circumstances. The goal of this Post Order is to provide guidance and instruction to the staff this post. In the event of an emergency or unscheduled events, which delays a specific operation, staff is to exercise initiative and good judgment in the performance of his or her duties.

Staff is required to be at the institution in the proper uniform in time to draw keys and equipment for the post, check in with the Shift Supervisor, receive pertinent information, and begin the assigned duties at the designated starting time.

Initials _____ Date _____

SANTIAGO011

|  | **Adelanto Detention Facility**<br>**POLICY AND PROCEDURE MANUAL**<br>**CHAPTER:** Post Orders<br><br>**TITLE:** Administrative Segregation Unit Officer | **NUMBER: 10.3.7A – ADF** |
| --- | --- | --- |

<u>**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**</u>

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POST ORDER SHALL BE ADDRESSED TO THE AFA-SECURITY.**

APPROVED: _____
                     Facility Administrator

EFFECTIVE: June 15, 2015

Reviewed & Revised:

Initials_____   Date 6/2/15

# DISCIPLINARY ACTION FORM

SANTIAGO 01

**GEO**
The GEO Group, Inc.

Employee's Name: **Emanuel Santiago**   Employee No.: **176828**   DOH: **3/18/2013**

Job Title: **Detention Officer**   Dept. Name: **Security**   Log No.:

Supervisor's Name: **Lt. R. Anderson**   Facility Name: **ADF West**   Facility No.: **196**

## INFRACTION: Inattention to Duty

Date of Violation: **8/5/2015**

## SUMMARY OF INFRACTION: The specific facts regarding the current infraction, including details and description of issue or rule(s) violated.

On 8/5/2015 Officer E. Santiago failed to use proper security procedures, which afforded a detainee to freely move in the Administrative Segregation housing unit and ultimately attempt to escape by breaching four facility security doors before being apprehended and returned to Segregation.

## SUMMARY OF FINDINGS: Document below your findings. Include the Who, What, When, and Where of the investigation.

Does this incident involve OPR? ☐ Yes ☒ No   If Yes, OPR No.:
(DO NOT attach OPR Report.)

On 8-5-2015 Officer E. Santiago was assigned as the 2nd Watch West Administrative Segregation Housing Unit Officer. He was given specific direction from Lt. Duran to ensure two officers are present when escorting Detainee Irias A # 73945866 from in cell in Administrative Segregation to the shower. At approximately 1623 hours Officer Santiago conducted a single officer escort of detainee Irias to the shower area, where he failed to lock and secure the shower door. Officer Santiago then proceeded to retrieve two detainee porters to facilitate distribution of meal trays. Formal count commenced at 1630 and was conducted by Officer Santiago and Officer Patterson. Once count was completed Officer Patterson departed the unit to facilitate a lunch break for another officer. Officer Santiago failed to get supervisory authorization to out count detainee Irias in the shower area and further authorization to bring out two detainee porters prior to the facility formal count clearing. While supervising detainee porters as they handed out meal trays on the far upper tier, detainee Irias completed his shower and pushed open the unsecure shower door at 1653 hours. Detainee Irias departed the Segregation housing unit unsupervised and unrestrained at approximately 1653 hours.

## SUPPORTING DOCUMENTATION:

Additional Pages Attached? ☒ Yes ☐ No   Number of Pages: **58**   If Yes,

## DISCIPLINARY HISTORY: List prior Counseling(s) or other Disciplinary Action(s) below. Document ALL history starting with the most recent violation looking back 12 months.

Date: _____   Violation: _____
Action: _____

Date: _____   Violation: _____
Action: _____

Date: _____   Violation: _____
Action: _____

---

**DISCIPLINARY ACTION:**   ☐ Counseling   ☐ Written Reprimand   ☐ Final Reprimand   ☒ Dismissal

Rev 3.14/11 NP   Page 1 of 3   HR- 893

SANTIAGO013

## ...ARY ACTION FORM

**GEO**
The GEO Group, Inc.

N:

☐ Behavior      ☐ Absenteeism/Tardiness      ☒ Performance      ☐ Policy

# of Points: 0

### EXPECTED IMPROVEMENT AND STANDARD FOR THE FUTURE: List Specific goals. Failure to show immediate and sustained improvement will result in disciplinary action up to and including discharge.

Officers are expected to move and secure detainees in a secure segregation housing unit with all required security precautions.  Any deviation from policy, procedure and/or supervisory directives must be preauthorized by a supervisor.   This requires staff to remain fully attentive and alert during work hours.  Failure to do so may jeopardize the safety and security of the facility, as well as the lives of staff, detainees, and visitors.

I acknowledge this action and understand the expectations and requirements as discussed with me and outlined above. I also understand the Disciplinary Action Appeal Process.  My signature does not imply agreement or disagreement.

**EMPLOYEE** Signature: _____      Date: _____

Printed Name: _____

A witness is only **required** when the employee refuses to sign this form.  A witness should be from Human Resources or a member of management and *not* a co-worker of the employee.

Employee refused to sign and has received a copy of completed form.

**WITNESS** Signature: Aide Aldape      Date: 9/16/15

Printed Name: Aida Aldape

**SUPERVISOR** Signature: _____      Date: 8-13-15
Printed Name: LT R ANDERSON

**DEPARTMENT HEAD** Signature: _____      Date: 8-13-15
Printed Name: Aw D. Seibert-Love

**FACILITY ADMINISTRATOR** Signature: _____      Date: 8/17/15
Printed Name: J. Jauecka

**HUMAN RESOURCE** Signature: _____      Date Distributed: _____
Printed Name: _____      Date Entered into HR System: _____

**DISTRIBUTION:**      ☐ Copy to Employee      ☐ Copy to Supervisor      ☐ Original to Personnel File

**FINAL REPRIMAND, DISCIPLINARY DEMOTION, OR DISMISSAL ONLY (REGION / DIVISION):**

3/14/11 NP      Initial      Page 2 of 3      HR- 893

SANTIAGO014

# DISCIPLINARY ACTION FORM



| | | | | |
|---|---|---|---|---|
| **HR DIRECTOR** | ☑ Concur<br>☐ Mitigate | Signature: | | |
| **DIRECTOR OF OPERATIONS** | ☑ Concur<br>☐ Mitigate | Printed Name: S. Gomes | | Date: 8/21/15 |
| | | Signature: | | |
| **VICE PRESIDENT** | ☑ Concur<br>☐ Mitigate | Printed Name: C. NELSON | | Date: 8/26/15 |
| | | Signature: | | |
| | | Printed Name: Mr. J H. Black | | Date: 8/27/11 |

**DISMISSAL ONLY:**

| | | | | |
|---|---|---|---|---|
| **CORPORATE LEGAL** | ☑ Concur<br>☐ Mitigate | Signature: | | |
| | | Printed Name: Alex Imelman | | Date: 8/31/15 |
| **CORPORATE HUMAN RESOURCES** | ☑ Concur<br>☐ Mitigate | Signature: Maria A. Benalto | | |
| | | Printed Name: FOR C. Ryan | | Date: 9/1/15 |

SANTIAGO015

**GEO Corrections**

## Special Management Unit Housing Record

Name of Detainee: _IRIAS, JIMMY_    A#: _73945866_    Room#: _WIA-116-1_

Violation or Reason: _P.C._    Date Received: _07/24/15_  Time Received: _2131_

Admittance Authorized by: _Sgt. Solie_    Date Released: _08/05/2015_  Time Released: _2310_

Pertinent Information: _P.C./PER MEDICAL STAFF_

Administrative Segregation    (Protective Custody)/Special Management    Disciplinary Segregation    Medical Observation
☐    ☒    ☐    ☐

| Date | Shift | B | L | D | Law | Sh. | Rec. | Medical | Housing Officer | Comments Use Reverse side if required |
|------|-------|---|---|---|-----|-----|------|---------|-----------------|----------------------------------------|
|       | 1st |   | L |   | N | N | R | P. Phillips LVN | Albanan Sanchez | RD DAYROOM 0700 |
| 8/03/15 | 2nd |   | Y | N | N | R | Ma. Ventress. LVN | N. Rootelink J. Hernandez | Refused Dayroom |
|       | 3rd | Y |   |   |   |   |   | J. Sill. LVN Pill Call Y/N | Cardenas Martin | NO COMMENT |
|       | 1st |   | Y | N | N | R | P. Phillips LVN | Sanchez Gonzalez | I DAYROOM |
| 5/04/15 | 2nd |   | Y | N |   | R |   | LVN Perez | Moreno | Refused Dayroom |
|       | 3rd | Y |   |   |   |   |   | Pill Call Y/N | Cardenas Stafford | NO COMMENT |
|       | 1st |   | Y |   |   | R 0705 |   | LVN | S. Avila Sanchez | REFUSED DAYROOM @ 0630 N |
| 8/05/15 | 2nd |   | Y | N | N |   | R 1505 | Ma. Ventress. LVN Santiago | Patterson | REFUSED YARD |
|       | 3rd | Y |   |   |   |   |   | Pill Call Y/N | M. Stepani V. Valadez | BED MOVE B107 |
|       | 1st |   |   |   |   |   |   |   |   |   |
|       | 2nd |   |   |   |   |   |   |   |   |   |
|       | 3rd |   |   |   |   |   |   | Pill Call Y/N |   |   |
|       | 1st |   |   |   |   |   |   |   |   |   |
|       | 2nd |   |   |   |   |   |   |   |   |   |
|       | 3rd |   |   |   |   |   |   | Pill Call Y/N |   |   |
|       | 1st |   |   |   |   |   |   |   |   |   |
|       | 2nd |   |   |   |   |   |   |   |   |   |
|       | 3rd |   |   |   |   |   |   | Pill Call Y/N |   |   |
|       | 1st |   |   |   |   |   |   |   |   |   |
|       | 2nd |   |   |   |   |   |   |   |   |   |
|       | 3rd |   |   |   |   |   |   | Pill Call Y/N |   |   |

Pertinent information - Epileptic, Diabetic, Suicidal, Assaultive, etc.

B (Breakfast)    L (Lunch)    D (Dinner)    Shower--Indicate Yes (Y); No (N); Refused (R)
R (Recreation) -- log in actual time, i.e., 0900/1000

Medical staff will sign the segregation log and the housing unit record each time a detainee is seen. At a minimum, the unit record must be signed at last once each day by a qualified medical staff member.

Comments: i.e., Conduct, Attitude, etc. Additional comments on reverse side must include date, signature, and title.

Housing Unit Officer Signature: Assigned officer must sign all record sheets each shift.

Reviewed _N. Rios_    Date _9/18/15_    TIME _1541_

Rev. 11-30-11

2C-02, 7F-06

ICE/ERO *Performance-based National Detention Standards 2011*:

- "2.3 Contraband";
- "2.5 Funds and Personal Property";
- "2.7 Key and Lock Control";
- "2.8 Population Counts";
- "2.9 Post Orders";
- "2.12 Special Management Units";
- "2.15 Use of Force and Restraints";
- "2.14 Tool Control";
- "5.1 Correspondence and Other Mail";
- "5.7 Visitation"; and
- "6.2 Grievance System."

# V. Expected Practices

## A. Security Staffing

Security staffing shall be sufficient to maintain facility security and prevent or minimize events that pose a risk of harm to persons and property. The facility administrator shall determine security needs based on a comprehensive staffing analysis and a staffing plan that is reviewed and updated at least annually. Essential posts and positions shall be filled with qualified personnel.

At least one male and one female staff member shall be on duty at all times in a facility housing both male and female detainees.

All security posts shall be guided by standard "2.9 Post Orders."

## B. Control Centers

Each facility shall have a secure control center that is staffed continuously, 24/7. Control center staff shall monitor and coordinate facility security, life-safety and communication systems.

*The Chief of Security shall carefully screen officers for the highly responsible control center post assignment(s). The Control officer's responsibilities include (but are not limited to) key control, count procedures and public-address-system operations. The standards on "Key and Lock Control" and "Population Counts" detail requirements for key control and counts.*

*The facility administrator shall establish procedures to implement the following control center requirements:*

1. *round-the-clock staffing;*

2. *limited staff access;*

3. *no detainee access (in a control center, staff must perform cleaning duties that elsewhere in the facility may ordinarily be assigned to detainees);*

4. *round-the-clock communications;*

5. *maintenance of a list of the current home and cell phone numbers of every staff member assigned to the facility, including administrative/support services staff members, all situation response team members (SRTs), hostage negotiation team member (HNTs) and applicable law enforcement agencies.   If any staff member is inaccessible by phone, other means of off-duty contact approved by the facility administrator, such as a pager*

SANTIAGO017



**Corrections & Detention ®**

# MEMORANDUM

Adelanto Detention Facility
10250 Rancho Road (West)
10400 Rancho Road (East)
Adelanto, CA 92301

Date: 8/7/15

To: D/o Nowicki

cc:

From: D/o Shelton

RE: _____

On 8/7/15, D/o Nowicki came to me and asked what the policy was for the showers in Segregation. I advised D/o Nowicki, per A.W. Love, the showers are to remain unlocked unless the detainee is given a razor. A.W. Love gave us this order when the administrative Segregation side opened July 1, 2015. After our conversation, D/o Nowicki asked me to document this in memo form.

N. Shelton

SANTIAGO018

# ARTICLE 1
## RECOGNITION AND PURPOSE

1.1    The Company recognizes the International Union, United Government Security Officers of America International Union, (UGSOA), and its Local 880 as the exclusive collective bargaining representative for all full-time **(those regularly scheduled 40 hours per week or those permanently assigned to 12 hour shifts)** and part-time **(those regularly scheduled fewer than 40 hours per week)** Detention Officers, Transportation Officers and Classification Officers employed by the Company at the Adelanto Detention Facilities listed in the NLRB Certification in Case Number 31-RC-118510 **for the purpose of collective bargaining in   accordance with the National Labor Relations Act (NLRA), Fair Labor  Standards Act (FLSA) and Service Contract Act (SCA), as amended,** and excludes all  managers,  supervisors and confidential employees and other employees as defined by the NLRA.    These exclusions include but are not limited to the Facility Administrator, Assistant Facility  Administrators,  Majors,  Captains,  Lieutenants,  other  professional employees, Maintenance Staff and Clerical Staff.

1.2    For the purpose of this Agreement, the term "Officer" or "Officers" designates only such Officers as are covered by this Agreement.

1.3    It is  the  purpose  of  this  Agreement  to  promote  and  expand  harmonious relationships  between  the  Company  and  Officers  represented  by  the  Union  to provide, where not inconsistent with Client rules and regulations, applicable state and federal laws and regulations required by any agency having jurisdiction over the Operations and Management Contract(s) or Personnel Rules, for the  salary structure, fringe benefits, and employment conditions of the Officers covered by this Agreement. It is recognized that a harmonious relationship can best be achieved by open dialogue, timely resolution of differences, and negotiating in good faith; both parties agree that they share the responsibility to provide uninterrupted service to the Client(s).

SANTIAGO019

# ARTICLE 2
## UNION SECURITY

2.1   All Officers hereafter employed by the Company in the classification covered by this Agreement shall become members of the Union and remain in good standing not later than the thirty-first (31st) day following the beginning of their employment, or the date of the signing of this Agreement, whichever is later.

2.2   An Officer who is not a member of the Union at the time this Agreement becomes effective shall become a member in good standing of the Union within ten (10) days after the thirty-first (31st) day following the effective date of this Agreement, and for the duration of this Agreement.

2.3   Officers meet the requirement of being members in good standing of the Union, within the meaning of this Article, by tendering the periodic dues and initiation fees uniformly required as a condition of acquiring or retaining membership in the Union or, in the alternative, by tendering to the Union financial core fees and dues, as defined by U.S. Supreme Court in NLRB v. General Motors Corporation, 373 U.S. 734 (1963) and Beck v. Communication Workers of America, 487 U.S. 735 (1988).

2.4   In the event the Union requests the discharge of an Officer for failure to comply with the provisions of this Article, it shall serve written notice on the Company requesting that the employee be discharged effective no sooner than two (2) weeks of the date of that notice. The notice shall also contain the reasons for discharge. In the event the Union subsequently determines that the employee has remedied the default prior to the discharge date, the Union will notify the Company and the Officer, and the Company will not be required to discharge that Officer. The Union and the Officer will hold the Company harmless in regard to any request from the Union to discharge an Officer. Should the Union request that an Officer be reinstated and that Officer has lost wages as a result of the initial Union request, the Company will not be responsible for payment of any claims for lost wages.

2.5   This Article shall be subject to all applicable state and federal laws.

2.6   The Union agrees to indemnify and hold the Company harmless against any claim, suits, judgments, or liabilities of any sort whatsoever arising out of the Company's compliance with the provisions of this Union Security Article.

SANTIAGO020

# ARTICLE 3
## NON-DISCRIMINATION

3. 1   The Company has the right to promulgate policies, reporting requirements and procedures regarding equal employment opportunity, discrimination and harassment. These policies, reporting requirements and procedures will, at a minimum, meet those required by laws and regulations of the United States, the laws and regulations of the State of California, as well as any requirements imposed by this agreement.

3.2   Neither the Company nor the Union shall discriminate against any Officer by reason of the following status: age, sex "except where age or sex is a bona fide occupational qualification", race or ethnic origin, color, national origin, religion, disability, disabled or Vietnam era veteran, political affiliation, marital status, sexual orientation or membership or non-membership in a union.

3.3   The use of any male pronoun in this Agreement is a generic reference.

## ARTICLE 4
## HOURS OF WORK AND OVERTIME

4.1   For payroll purposes the normal workweek shall commence at 12:01 AM on Monday and ends at 11:59 PM. on Sunday. The normal workday shall commence at the start of an Officer's shift and extend for a period of twenty-four (24) hours. The foregoing is descriptive only; nothing herein shall be construed as guaranteeing any specified number of hours of work or pay per week. It is understood that the description of a "normal work week" does not describe a pay period or the number of annual pay periods. The Company, at its sole discretion, will determine the number of annual pay periods based on its payroll system.

4.2   **Officers will be notified in a timely manner of their shift assignments. At a minimum, Officers will be given two weeks advance notice that their permanent shift will change.   The Company will not arbitrarily change permanent shifts without operational need or in response to client requirements. Documentation shall be provided to the Union upon request.**

4.3   Each Officer will be given a thirty (30) minute unpaid off-duty meal period. The Officer will not be required to perform any duties, whether active or inactive, while eating. Should the Officer be required to perform any duties, whether active or inactive, the affected Officer will be paid for the meal period at the appropriate rate. **The meal period shall commence after the start of the second (2nd) hour (i.e. 2 hours after the start of shift) and before the start of the sixth (6th) hour (i.e. 5:59 hours after the start of shift). Officers shall be allowed to leave the facility during their meal period after notification to their supervisor.**

4.4   Each Officer will be given two (2) ten (10) minute paid rest periods per shift. The Company will provide rest periods as close to practical to the center of each four (4) hour portion of a shift.

4.5   Officers required to attend a pre-shift briefing will be paid for the time so spent.

4.6   Overtime shall be paid as follows:

   1. **One and one-half (1 ½) times the Officer's regular rate of pay shall be paid for all hours worked in excess of eight (8) hours up to and including twelve (12) hours within any given workday (or for all hours in excess of forty (40) hours worked in a single workweek) and for the first eight (8) hours worked on the seventh (7th) day of work.**

   2. **Double time (2x) the Officer's regular rate of pay shall be paid for all hours worked in excess of twelve (12) hours in any workday and for all worked in excess of eight (8) hours on the seventh (7th) day of work in any workweek.**

3. To ensure that Officers are paid for all hours actually worked (either regular or overtime hours) the Company will determine the method of collecting and processing time. Officers will be responsible for accurately applying the rules of any such time keeping process implemented by the Company. Any changes in the time keeping process will be provided to the Union **no less than forty-eight (48) hours** prior to the implementation. The method of time keeping will not be subject to the grievance and arbitration process as set forth in Article 12.

4.7    No overtime work shall be required or permitted, except by direction of the proper supervisory personnel of the Company, or except in cases of emergency where prior authorization cannot be obtained. Officers will be notified as soon as is reasonably possible of the need to work overtime. Officers will be notified of mandatory overtime in a timely manner, preferably two hours in advance, unless an emergency occurs, including "no call, no show."

4.8    The payment of overtime for any hour excludes that hour from consideration for overtime payment on any other basis. There shall be no pyramiding or duplication of premium or overtime pay. In the event more than one premium seems to be due under this Agreement, only the higher premium shall apply.

4.9    In the event of "no-call, no-shows", Officers may be held over to the next shift until a replacement is found and the Officer has been properly relieved.

4.10   **In the event overtime cannot be filled from volunteers, the Company has the right to mandate that Officers work overtime. Voluntary and mandatory overtime applies to all members of the Officer workforce, regardless of the Officer's post or assignment (Court/Baliff, Transportation and Intake Officers are exempt from mandatory overtime under normal circumstances). In an effort to fairly and equitably manage both voluntary and mandatory overtime opportunities, the following process will be adopted.**

**A. Officers wishing to volunteer for overtime assignments shall notify their shift supervisor. Officers shall indicate if they are volunteering for day Off, Hold Over and/or Early call assignments. The supervisor shall consult the Volunteer Overtime List and assign overtime in seniority order.**

**B. In the event there are insufficient Officers on the Voluntary Overtime List and the assignment of mandatory overtime is necessary, Officers may be mandated in reverse seniority order. Mandatory overtime may be 4 or 8 hours assignments at the Company's discretion. Officers working on their "Friday" shall not be mandated unless facility needs require otherwise.**

*It is understood that the provisions of Article 4.10.A and 4.10.B are agreed to on a trial basis for the first 120 days after ratification. If these provisions are not modified at the completion of the trial period (to include any extension of the trial period), they shall remain in effect for the remainder of the agreement.*

**C. Officers may volunteer to work the mandatory overtime assignments of other Officers.**

**D. Supervisors have the discretion to consider mitigating circumstances should an Officer request not to be mandated to work overtime.**

**E. Should the situation arise where Officers may be sent home early, the most senior Officer will be asked first, followed by the next senior Officer working down the list of those Officers working overtime assignments. Should no one volunteer, the least senior Officer working Day Off or Hold Over overtime shall be selected.**

**F. Failure to work mandated overtime will result in appropriate discipline, up to and including discharge.**

**4.11   Scheduled shift swaps are authorized and Officers wishing to swap shifts must complete a Shift Swap Mutual Agreement form no later than 24 hours before the shifts to be swapped. Shift swaps shall not be approved if they result in additional overtime.**

4.12   Supervisory and exempt employees shall not perform the duties of Officers covered by this agreement except under the following conditions:

A. When such work is necessary for instruction and/or training purposes without relieving the Officer from duties.

B. For up to 60 minutes for comfort/or emergency relief of Officers when other qualified Officers are not readily available.

C. Any work necessary during an emergency such as; fire, explosion, flood, earthquake, weather conditions (i.e., snow, ice, high winds, etc.), water line ruptures or power failures. Additionally, any emergency situation in which the facility Emergency Plans are initiated, in all cases, except training exercises.

*Note: The above language precludes the Company from using supervisors or exempts employees to do bargaining unit work in the normal course of business.*

SANTIAGO024

# ARTICLE 5
# REPORTING PAY

5.1     An officer who reports for work at his regular starting time or has been called in to work and has not been advised either orally or in writing not to report shall receive a minimum of four (4) hours' work or four (4) hours pay at the appropriate hourly rate.

5.2     The provisions of Section 5.1 above shall not apply if the Company is unable to advise the officer not to report or provide the work because of acts of God, fire, snowstorm, flood, power failure, or other conditions or causes beyond the control of the Company.

SANTIAGO025

# ARTICLE 6
# LEAVES OF ABSENCE

6.1    In addition to any leaves provided by this agreement, or company policy, the company provides leaves of absences in accordance with all applicable federal and/or state laws (i.e., FMLA, Military leaves, etc.) The protocols for such leaves can be found in the Employee Handbook and by contacting the facility Human Resources Department.

6.2    **Union Leave:** Up to three (3) Union representatives will be granted leaves of absence, without pay, for the purpose of attending quarterly Union meetings, annual training and every five years the International union convention, provided such request is made to the Facility Administrator, or their designee, with twenty one (21) days of notice.

SANTIAGO026

# ARTICLE 7
# NO STRIKE/NO LOCKOUT

**7.1**   The parties recognize the sensitive nature of the services provided by the Company to the Client and, therefore, agree that all operations of the Company shall, during the term of this Agreement, continue without interruption.

**7.2**   Under the term of this Agreement, the Union, its members and employees within the bargaining unit represented by the Union, individually and collectively, will not advocate, encourage, condone, or take part in any strike, sympathy strike, walkout, picketing, stay-in, slowdown, concerted refusal to work, or other curtailment or restricting of the Company's operations or interference with operations in or about the Company's premises, or equipment. The Company and its representatives agree not to engage in a lockout during the term of this Agreement.

**7.3**   The parties recognize the right of the Company to take such disciplinary action as the Company in its sole discretion determines appropriate, including discharge, against all participants. It is understood and agreed by the parties that an employee does have the right to file a grievance solely on the issue of whether he did, in fact, violate any provisions of this Article. Separate grievances may not be joined in arbitration.

**7.4**   Any claim, action or suit for damages and/or injunctive relief resulting from the Union's violation of this Article shall not be subject to the grievance and arbitration provisions of this Agreement.

SANTIAGO027

# ARTICLE 8
## COMPANY REGULATIONS

8.1   Any rules, regulations or directives which are now in effect, or which may be later imposed upon the Company by its Client, or any other Governmental Agency having jurisdiction will apply with equal force and effect to the Officers hereunder. Officers are also required to adhere to Company Rules and Regulations.

8.2   The Company reserves the right, from time to time, to amend, add to or delete from its Company Rules and Regulations and practices unless such amendment, addition or deletion would violate a specific provision of this Agreement.

8.3   All work rules that could result in discipline are contained in the Employee Handbook, this Collective Bargaining Agreement, Post Orders, internal memoranda or other published means. The Company will provide written copies or reasonable access to all the published items described **in this Article.**

8.4   The Union will be notified in a timely manner **(if practical, within 2 weeks)** prior to the implementation of any changes to Company policies, rules and regulations.

SANTIAGO028

# ARTICLE 9
## UNION REPRESENTATIVES AND ACCESS TO FACILITY

**9.1**   Representatives of the Union shall have reasonable access to the facility to ascertain whether the Agreement is being properly observed, provided that they do not interfere with the duties of any Officer or the operation of the facility. Access to the facility may not be granted during count times, meal periods, shift changes, or other times when there is a major inmate or staff movement, or during an emergency situation. Access to the facility after normal business hours (7:30am - 4:00pm) or outside of the Union Representative's working hours will require approval from the Facility Administrator or their designee. Representatives of the International Union shall contact the Facility Administrator or his designee, then present themselves at the facility and inform the Facility Administrator or their designee, of the circumstances of the visit. To the extent practicable the Union will provide the Facility Administrator with a one (1) week advanced notice before any visit by a representative of the International Union. The Company and the Union representative shall conduct themselves in such a manner as to carry out the intent and spirit of this Article. The Company shall not unreasonably withhold such access.

**9.2**   Union representatives may contact Stewards during working hours by telephone for the purpose of conducting Union business, provided that permission to do so has first been received from the Facility Administrator, or his designee.

**9.3**   The Union may designate one (1) officer as a Chief Steward, one (1) officer per shift as a Shift Steward **(East and West)** and one (1) officer per shift as an alternate Shift Steward **(East and West)** to act as Union representatives, in addition to the elected Union Officers. Shift Stewards and Alternates shall in each case be an officer with seniority and who regularly works the shift to which they are assigned.

**9.4**   The Union shall inform the Company in writing of the names of the Local Union representatives who are accredited to represent it, which information shall be kept up to date at all times. Only persons so designated will be accepted by the Company as representatives of the Union.

**9.5**   It is mutually understood that access to the facility is governed by client rules, and is subject to applicable client restrictions, and these rules and restrictions must be followed. Any representative of the International Union requesting access to the facility must obtain proper clearance from the Client.

SANTIAGO029

**9.6** No Union representative may leave an assigned duty post or work assignment to engage in representation of Officers during a pre-disciplinary investigatory interview or disciplinary proceeding without first notifying and receiving authorization from the Shift Supervisor. The Company shall not unreasonably withhold such authorization.

**9.7** Union business shall occur during non-duty times, except where noted in this Article.

**9.8** The Union recognizes that representation of Officers is not meant to circumvent the normal relationship between supervisor and Officer. The right to Union representation shall not apply to conversations between an officer and the supervisor for the purpose of giving instructions concerning work performance, providing training or non-disciplinary discussion or communications regarding work habits or techniques.

**9.9** The Company will permit a union representative the opportunity to address all newly hired Officers during Pre-Service Classroom Training for the purpose of a union orientation. Union orientation will be limited to one (1) hour.

**9.10** The Company shall provide **two (2)** lockable Bulletin Boards **(1 for East and 1 for West)** for use by the Union. Bulletin Board postings will be limited to:

> **A.** Notices of Recreational-Social Events
> **B.** Notice of Union Elections
> **C.** Notice of Results of Union Elections
> **D.** Notice of Union Meetings
> **E.** Notices of Other "Official" Union Business

SANTIAGO030

# ARTICLE 10
# DUES CHECK OFF

**10.1**   Subject to the limitations of any state or federal law, the Company agrees to deduct from the first paycheck earned each calendar month by a member of the Union covered by this Agreement, the Union membership dues and initiation fees uniformly levied by the Union in accordance with said Union's constitution and by-laws, of each member of the Union who has in effect at that time a proper authorization card executed by the Officer, authorizing the Company to make such deductions. A minimum of fifteen (15) workdays prior to the first deduction, the Union will advise the Company of the exact dollar amount due from each Officer.

**10.2**   All sums collected in accordance with such signed authorization cards shall be remitted by the Company to the UGSOA International Office no later than the fifteenth (15th) of the month subsequent to the month in which such sums were deducted by the Company.

**10.3**   The check-off authorization card to be executed and furnished to the Company by the Union and the Officers shall be the official Union authorization for check-off of dues. The Company shall accept no other form, unless the substitute is mutually agreed upon by the parties.

**10.4**   The Union accepts full responsibility for the authenticity of each check-off card submitted by it to the Company, and any authorizations, which are incomplete or in error shall be disregarded by the Company, and shall be returned to the Union for correction. The Union agrees that upon receipt of proper proof, it will refund to the Officer any deduction erroneously or illegally withheld from an Officer's earnings by the Company, which has been transmitted to the Union by the Company.

**10.5**   No deduction of Union dues will be made from the wages of any Officer who has executed a check-off form and has been transferred to a job not covered by this agreement or who is not in a pay status.

**10.6**   Anytime there is a change in the deduction authorization the Company will have minimum of fifteen (15) work days to put the change into effect.

**10.7**   An Officer who has executed a check-off form and who resigns or is otherwise discharged from the employ of the Company shall be deemed to have automatically revoked his assignment, and if the Officer is recalled or re-employed, further deduction of Union dues will be made only upon execution and receipt of a new check-off form.

SANTIAGO031

**10.8**   Collection of back dues owed at the time of starting deductions of any Officer, and collection of dues missed because the Officer's earnings were not sufficient to cover payment for a particular pay period, will be the responsibility of the Union, and will not be the subject of payroll deductions.

**10.9**   Deduction of membership dues shall be made, provided there is a balance in the paycheck sufficient to cover the amount after all other deductions authorized by the Officer or required by law have been satisfied. In the event of termination of employment, the obligation of the Company to collect dues shall not extend beyond the pay period in which the Officer's last day of work occurs.

**10.10**   The Union agrees to indemnify the Company and hold it harmless against any and all claims, suits or other forms of liability which may be made against it by any party for amounts deducted from wages as herein provided.

**10.11**   Solicitation of Union membership or collection or checking of dues will not be conducted during working time. The Company agrees not to discriminate in any way against any Officer for Union activity, but such activity shall not be carried out during working hours except as specifically allowed by the provisions of this Agreement.

SANTIAGO032

# ARTICLE 11
# UNION SENIORITY

**11.1**  For the first three (3) months worked following successful completion of facility pre-service training and orientation, an Officer shall be regarded as probationary and shall have no seniority. Pre-Service and Probationary Officers may be disciplined or discharged without recourse to the grievance procedure. Officers discharged during their pre-service or probation shall not have any rights under this Agreement. However, Pre-Service and Probationary Officers shall be represented by the Union concerning wages, hours and working conditions, but the Company reserves the right to decide questions relating to promotions, transfers, layoffs or discharge. The Company may extend the probationary period in increments of 30-day blocks for up to a total of 90 additional days. The Union will be notified of the need to extend an Officer's probationary period.

**11.2**  Officers who have lost seniority as set forth in Section 11.8 of this Article, and officers who terminate or leave the bargaining unit prior to completion of the probationary period shall be required, upon rehire or reentry into the bargaining unit, to serve the probationary period again.

**11.3**  After completion of the probationary period an Officer's seniority under this Agreement shall revert to the Officer's date of hire at the Adelanto Detention Facility. **Officers who transfer from another UGSOA represented GEO facility shall retain their union seniority, provided there is no break in service.** Seniority of Officers who start work on the same date shall be determined by the last four digits of the Officer's social security number. The lower number will be the most senior. Seniority is defined as the length of continuous service with the Adelanto Detention Facilities.

**11.4**  Officers **employed as of the date of ratification**, shall have their seniority based upon their **date of hire** (as an Officer) at the facilities. Officers who enter the bargaining unit after that date shall have their seniority based upon **section 11.3.**

**11.5**  The purpose of seniority is to establish Officers' rights and privileges based on the length of service in the bargaining unit. Seniority under this Agreement will have no influence on promotions or advancement within the Company, except as contained in this Agreement.

**11.6**  Part-time Officers will have seniority only among other part-time Officers. In the event of a layoff, Part-time Officers will be laid off before Full-time Officers. Part-time Officers who go full time will be entered on the Full-time Seniority list based upon their seniority determined under section 11.4.

**11.7**  The Company agrees to prepare an updated site seniority list of Officers covered by this Agreement quarterly. A copy of which will be furnished to the Union.

SANTIAGO033

**11.8** Officers will lose their seniority, and shall be discharged for any of the following:

> **A.** Being laid off for more than 12-months;
> **B.** Absent due to illness or injury for more than twelve (12) months, or length of employment, whichever is less. Absences taken pursuant to the applicable federal and/or state laws are exempt under this provision;
> **C.** Discharged for Just Cause
> **D.** Failure to obtain and/or maintain a security clearance;
> **E.** Fails to return from layoff upon recall as provided below;
> **F.** If the Officer voluntarily resigns or retires; or
> **G.** If the Officer is convicted of a felony.

**11.9** Layoff and recalls from layoff will be made on the basis of seniority, in accordance with Section 11.6. Positions requiring "special training and/or skills" will be exempt from the seniority process.

**11.10** Laid-off Officers shall have callback rights for a period of twelve (12) months or their length of employment whichever is less, and shall retain their accumulated seniority as of the date of layoff.

**11.11** In case of re-employment, Officers who have been laid off shall be notified to return to work, at their last known address, in reverse order of lay-off. The notice will be by certified mail return receipt. In the event that a former Officer, so notified, fails to report for work within five (5) business days after receipt of such notice, their seniority shall be terminated.

**11.12** It will be the responsibility of the laid-off Officer to keep the Company notified of any change of address, and current phone number.

**11.13** An Officer who is activated, drafted or who volunteers for military service in the Armed Forces of the United States, shall accumulate full seniority during the term of such service, provided they are honorably discharged and apply for reemployment as an Officer within ninety (90) days after such discharge, provided the Officer still meets all eligibility requirements. The above is limited to a six (6) year period; however, in time of war there is no limit.

**11.14** An Officer who is transferred from or promotes out of the bargaining unit shall cease to accumulate seniority. If the Officer returns to the bargaining unit within twelve (12) months shall retain the seniority he had at the time he transferred out of the bargaining unit.

SANTIAGO034

**11.15** All position vacancies will be posted for a period of seven (7) calendar days setting out the position and qualifications. When all factors are considered equal, seniority will be used to determine the selection for these positions. Part time Officers will be considered for all full-time Officer positions before selecting an external candidate. In the interest of maintaining continuing operations, the Employer may temporarily assign an Officer to a vacant or new position or shift until the job is filled according to this Article.

SANTIAGO035

# ARTICLE 12
## GRIEVANCE PROCEDURE AND ARBITRATION

**12.1**   The parties agree that all problems should be resolved, whenever possible, before the filing of a grievance but within the time limits for filing grievances stated elsewhere in this Article, and encourage open communications between the Company and Officers so that resorting to the formal grievance procedure will not normally be necessary. The parties further encourage the informal resolution of grievances whenever possible. A grievance is defined as an alleged violation of a specific term or provision of this Agreement. The purpose of this Article is to promote a prompt and efficient procedure for the investigation and resolution of grievances. This grievance procedure is not intended for complaints of harassment or discrimination as referenced in the Employment Handbook and Corporate Policy.

**12.2**   **GENERAL PROVISIONS:**

The number of days outlined in Article 12.3 in the processing and presentation of grievances shall establish the maximum time allowed for the presentation and processing of a grievance.

While it is the intent of the Company to respond to grievances on a timely basis, if the Company fails to respond to a grievance within the time period allotted for a specific step, the grievance may be treated by the Union as if it were denied at that step and the Union may proceed to the next step. The Parties, by mutual written agreement, may agree to extend any of the time limitations.

The Parties agree that if the Union fails to move the grievance to the next step in the process within the time period allotted for a specific step, the grievance shall be treated by the Company as resolved, and no further action shall be taken.

**12.3**   An Officer who believes that any provision of this Agreement has not been properly applied or interpreted may present his grievance to be settled by the following procedures. During each step of the grievance procedure the **Parties have** the right to perform a reasonable investigation into the complaint.

### INFORMAL STEP

The Parties shall make their best efforts to resolve any dispute on an informal basis. Both the Company and the Union agree that the Union representative will first discuss the matter with the supervisor and attempt to resolve the dispute within ten (10) business days after the actions giving rise to the dispute occurred, and became known or should have become known to the Union.

## STEP 1

If the matter is not resolved informally, a Union representative, not later than ten (10) business days after the informal discussion with the supervisor, shall set forth the facts in writing, specifying the language of this Agreement allegedly violated. This shall be signed by the aggrieved officer (if available and willing to sign the grievance) and/or the Union representative and shall be submitted to the Chief of Security. The Chief of Security shall have ten (10) business days to meet with the Union representative and return a decision in writing, delivering copies to the Union representative and grievant.

## STEP 2

If the grievance is not settled in Step 1, the grievance may be appealed in writing to the Facility Administrator or designee, not later than ten (10) business days from the Step 1 grievance response. The Facility Administrator, or designee, shall have ten (10) business days to meet with the Union and return a decision in writing, delivering copies to the Union and grievant.

## STEP 3

If the grievance is not settled in Step 2, the grievance may be appealed in writing to the Western Region Vice President, or designee, not later than ten (10) business days from the Step 2 grievance response. Arrangements will be made for the Western Region VP, or designee, and the Local Union to discuss and attempt to resolve the grievance. The discussion will be held no late than fifteen (15) business days and a decision, in writing, will be delivered to the Local Union and grievant.

12.4 Any grievance involving the termination of an Officer's employment shall be automatically advanced to Step 3 of the grievance and arbitration process.

12.5 Prior to the grievance being process for Arbitration, it will be reviewed by the International Union President, or designee and the Company's Vice President of Employee and Labor Relations, within fifteen (15) business days of the denial by the Company's Western Region Vice president, or their designee. A meeting or telephonic review between the above referenced parties may be held by mutual agreement.

12.6 Grievances processed in accordance with the requirements of Section 12.3 that remain unresolved may be processed to arbitration by the Union, giving the Company's Vice President of Employee and labor Relations written notice of its desire to proceed to arbitration not later than fifteen (15) business days after the Step 3 grievance response.

Grievances that proceed to arbitration shall be processed in accordance with the following procedures and limitations:

A. Selection of an Arbitrator – Within fifteen (15) business days the Party requesting arbitration will request the Federal Mediation Conciliation Service (FMCS) to supply a list of seven (7) arbitrators. If the two Parties cannot agree on an arbitrator during the review of the original list, a second list of prospective arbitrators may be requested from the FMCS. If the Parties still cannot agree on an arbitrator then the strike method will be used on the second list. The Party requesting arbitration will strike the list first.

B. Decision of the Arbitrator – The arbitrator shall commence the hearing at the earliest possible agreed to date. It is understood and agreed between the Parties that the arbitrator shall have no power to add to, subtract from, or modify any of the terms of this Agreement. The decision or award of the arbitrator shall be final and binding upon the Company, the Union and the grievant, provided any party may appeal to an appropriate court of law a decision that was rendered by the arbitrator acting outside of or beyond the arbitrator's jurisdiction, pursuant to applicable law.

C. Arbitration Expense – The arbitrator's fees and expenses, including the cost of any hearing room, shall be shared equally between the Company and the Union. Each Party to the arbitration will be responsible for its own expenses and compensation incurred bringing any of its witnesses or other participants to the arbitration. Any other expenses, including transcript costs, shall be borne by the party incurring such expenses.

**12.7** Officers have the right to be present during each step of the grievance process. It is understood between the parties that the Union will act as the representative in question.

**12.8** The Union shall have the power to determine whether or not a grievance filed by a member of the Union should be submitted at each step of the grievance process.

**12.9** Each dispute shall constitute a separate proceeding unless the question involved is common to more than one dispute, in which case the proceeding may be consolidated, but only with mutual consent of the parties.

SANTIAGO038

**12.10** No claim for back wages under this Agreement shall exceed the amount of earnings the Officer would have otherwise earned by working for the Company, less any and all compensation the Officer received from any other source, including unemployment compensation. Under no circumstances will interest charges be included in any award for back pay. In no event may the arbitrator enter a monetary award for any item other than lost wages.

**12.11** Nothing contained herein shall prohibit the Company's ability to file and process its own grievance under the procedure outlined above.

**12.12** In the event the parties settle any grievance prior to a final and binding determination by an arbitrator, such settlement shall be on a non-precedent setting basis unless the parties affirmatively state otherwise in writing signed by both parties. Evidence of any such non-precedent setting settlements shall not be admissible in any proceedings under this Article, including but not limited to, arbitration hearings.

**12.13** In no case shall a local Company representative respond at more than one step of the grievance process as outlined above.

SANTIAGO039

# ARTICLE 13
# UNIFORMS

13.1   Seasonal uniforms and equipment shall be supplied where required by the Company, and replaced as necessary.  Uniforms or equipment worn or used by the Officers who are on duty shall be prescribed by the Company, and no deviation from the Company's requirements shall be practiced except when allowed by the Company.

13.2   Uniforms, equipment, and other Company issued items remain the property of the Company and must be returned upon separation if requested by the Company.

13.3   **The Company shall supply each Officer with 5 uniform shirts and pants at the time of hire. In addition, the Company shall supply each Officer with a duty belt and an "all weather" jacket. Furthermore, the Company shall reimburse Officers up to seventy-five ($75) dollars once per calendar year for boots (receipt required).**

SANTIAGO040

# ARTICLE 14
# JUST CAUSE

**14.1**   Except where otherwise provided in this Agreement, where appropriate, the Company will adhere to concepts of Progressive Discipline, which it defines as the corrective process of applying penalties short of dismissal where conduct is of a less serious nature. The nature of discipline should be appropriate to the conduct and need not begin with the least serious disciplinary action. Acceptance of the principle of progressive discipline does not limit the Company's authority to immediately dismiss for serious offenses that cannot be condoned.

**14.2**   No Officer shall be disciplined or discharged without just cause. The Company shall provide the **Officer and the** Union with a copy of all disciplinary action forms. Any Officer not granted a required security clearance by the Client shall be terminated with no recourse to either the grievance or arbitration procedures set forth in Article 12 of this Agreement.

**14.3**   The following violations are representative only of the reasons that constitute Just Cause for immediate dismissal. The list of violations below is not an all-inclusive list:

- Proven dishonesty,
- The use, sale, possession or introduction into the facility of contraband,
- Any type of theft,
- Aiding or Abetting an escape,
- Insubordination,
- Fighting,
- Being under the influence of illegal drugs or alcohol,
- Leaving a duty post without being properly relieved,
- Inattention to post (sleeping, etc.),
- Sexual and other forms of harassment, in conjunction with the Company's general orders and regulations.
- Unnecessary and/or Excessive Use of Force,
- Failure to respond to an emergency,
- Failure to obey lawful orders,
- Failure to fully and truthfully participate in any facility investigation or attempt to obstruct a facility investigation,
- Refusal to allow a search of themselves and/or their property.
- Falsification of Company or Client records.
- Unauthorized possession of Company, Client or other's property

SANTIAGO041

**14.4**   Other disciplinary action will consist of:

**Counseling** – A discussion between an Officer and his supervisor regarding their violation of a behavioral or performance standard, policy or procedure along with guidance or instructions from the supervisor for correcting the problem. All verbal counseling events will be documented.

**Written Reprimand** – When counseling was given for a violation and that violation is repeated, or for a more serious offense.

**Final Reprimand** – The "last chance" for the officer to make immediate and sustained improvement in performance and behavior.

**Dismissal** – The result of a serious breach of a rule, standard, practice, policy, procedure or as a result of repeated disciplinary violations.

Informal coaching which is defined as instantaneous, verbal correction to minor job performance or behavioral issues are not considered disciplinary actions. As such, these coaching sessions should not be documented on a disciplinary action form. Informal coaching sessions may occur between each of the disciplinary actions listed above (i.e. Counseling, Written Reprimand and Final Reprimand).

To decide on the appropriate action the Company may consider: the seriousness of the Officer's conduct, employment record within the prior year, ability to correct the conduct, actions taken for similar conduct by other Officers, how the conduct affects detainees, the client, the public and other relevant circumstances. At any step in the above process Officers may (at the discretion of the Company) be placed on a Performance Improvement Plan (PIP) as a last attempt to assist the Officer to be successful.

**The Officer should be informed of the incident that gave rise to the potential disciplinary action as soon as practical.**

**14.5**   Any Officer who is under investigation by any law enforcement agency; including those for, or charged with, a felony or misdemeanor will be placed on administrative leave without pay pending the outcome of the investigation. If an Officer enters a plea of guilty or nolo contendere to the criminal charges stemming from the arrest, then officer will be terminated with no recourse to either the grievance or arbitration procedures set forth in Article 12 of this Agreement. If the Officer is found not guilty or the charges are dropped, the Officer will be reinstated with no back pay, but with no loss of seniority.

SANTIAGO042

**14.6**   Disciplinary actions, excluding statutory claims that have been upheld, will remain in an Officer's personnel file, but cannot be used against the Officer after the expiration of 12 months from the date of the last violation.

**14.7**   **An Officer interviewed concerning his discipline may request a Union representative be present during such interview. Nothing herein shall be construed to compel an Officer to have Union representation present. If an Officer requests Union representation, the Officer will not be required to respond to questions until the representative is present. Once the Union representative is present, questioning may begin and the Officer may confer with the Union representative regarding his responses. Although the Officer may consult with the Union representative related to the issue at hand, the Company requires all interview responses come from the Officer.**

**14.8**   **Officers are entitled to meet with the Facility Administrator or his designee to review their personnel file. This review will be scheduled at a mutually convenient time in accordance with the needs of the business or applicable state laws. Information contained in an Officer's personnel file shall be considered confidential. Officers may not request removal of items from their file, but can if they wish add rebuttal statements or additional information related to items contained within the file. Officers may request copies of file documents that bear their signature.**

SANTIAGO043

# ARTICLE 15
# SAVINGS CLAUSE

**15.1** Should any part of this agreement, or any portion therein contained be rendered or declared illegal, invalid, or unenforceable by a court of competent jurisdiction, inclusive of appeals, if any, or by the decision of any authorized governmental agency, such invalidation of such part of this agreement shall not invalidate the remaining portions thereof. In the event of such occurrence, the parties agree to meet as soon as practical, and if possible, to negotiate substitute provisions for such parts or portions rendered or declared illegal or invalid. The remaining parts and provisions of the agreement shall remain in full force and effect.

SANTIAGO044

# ARTICLE 16
## MANAGEMENT RIGHTS

**16.1**   Subject to the express provisions of this Agreement, management's rights include those listed in this article as well as any rights that are usual and customary.

**16.2**   The management of the Company's operations and direction of the working forces, including, but not limited to: establish new jobs; abolish or change existing jobs; assign and change work duties and responsibilities; employ; promote; demote; train; transfer; layoff; recall; discipline, suspend or discharge for Just Cause; determine the number of employees necessary for any operation; determine the number of hours to be worked; schedule hours of work, including starting and quitting times and meal and break times; increase and decrease the work force; establish, change, and maintain performance standards and methods; deploy the workforce within the facility in the manner it considers the most effective and efficient to meet the operational needs; determine the qualifications, efficiency and ability of employees; maintain the efficiency of operations and employees; determine services to be offered; determine the source of supply for all services, goods, or materials; institute technological changes or improvements in operations; use temporary employees from third party providers, as long as it does not result in layoff or reduction of hours of bargaining unit members; transfer operations; decide the number and location of facilities; close a facility or a portion thereof; acquire, sell to or merge with other companies; require the taking of physical, mental, drug, or alcohol tests; require Officers to consent to credit checks; require Officer's complete cooperation in investigation of potential theft or fraud; and make and revise such reasonable rules and regulations in connection with the Company's operations and the conduct and duties of its employees in respect of such operations as are deemed advisable, will be vested exclusively in the company, subject only to such limitations as are specifically set forth in this Agreement.

**16.3**   The Company need not necessarily exercise rights reserved to it, or if the Company does exercise its reserved rights in any particular way, such will not be deemed a waiver of its right to exercise them in other ways not in conflict with the express provisions of this Agreement. The Company maintains and retains all management rights and the enumeration of management's rights herein shall not be deemed to exclude any other management rights.

**16.4**   **The Company shall not implement any changes to subjects identified as mandatory  subjects of collective bargaining pursuant to the guidance of the National Labor Relations Act and its decisions without first bargaining with the Union regarding such matters.**

SANTIAGO045

# ARTICLE 17
# EXCUSED/UNEXCUSED ABSENCES and TARDINESS

**17.1**    The procedure stated herein establishes a "no fault" point system to monitor the attendance of the officers covered by this Agreement.

**17.2**    Prompt attendance on the job is an important part of the performance record each Officer builds from the day they are hired. The success of an Officer depends in large measure on how well he performs the job each day. The Company is entitled to a reasonable degree of regularity in the attendance by all Officers, and disciplinary action is proper for failure to adhere to a reasonable attendance standard. The Company will focus particular attention on clear patterns of abuse, such as an unscheduled leave or "calling-out" in conjunction with days off, holidays, or vacations.

**17.3**    The Company recognizes there may be a reasonable absence due to bona fide sickness or emergency situation, often beyond the control of the Officer, therefore this procedure allows for a number of "occurrences" before discipline is administered. For example, an "occurrence" is a single day of absence or two or more consecutive days of absence.

**17.4**    Designed to work as a "no fault" procedure with a point system of attendance monitoring, this procedure will be consistently administered. The Officer's immediate supervisor is responsible to coach, guide and/or discipline, as appropriate, officers who are excessively absent or tardy. Within the procedures and limitations of the CBA, the Company reserves the right to impose discipline where there is a clear pattern of misuse or intentional abuse.

**17.5**    A Rolling 6-month period is the applicable period of time within which occurrences are counted under the procedure. An Officer's record of points for absenteeism and tardiness occurrences will be tallied, tracked, trended and reported continuously through the Company's information systems. Each individual point will be verified for validity before each disciplinary action is issued.

The following accumulative total points received during the rolling 6-month period are considered thresholds in terms of when disciplinary action may be taken:

3 points ---------- Coaching
6 points ---------- Counseling
8 points ---------- Written Reprimand
10 points -------- Final Written Reprimand
12 points -------- Dismissal

SANTIAGO046

**17.6**    Absences for the following reasons will not add points to an Officers record:

A. Use of scheduled vacation time, sick leave or other scheduled leave time for doctor office appointments or medical procedure, as well as scheduled Long Term Illness time, which has been approved in advance by a supervisor. Note; however, that supervisors will question an Officer's time off when there is an apparent pattern of absences, i.e., going to the doctor every Monday or Friday or at the beginning or end of the Officer's scheduled work week.

B. Other authorized and approved leaves, including paid or unpaid Personal Leave, Jury Duty, Bereavement Leave, Military Leave, Family Medical Leave, Union Leave and any other form of leave required by law.

**17.7**    Absences for the following will add points to an Officer's record:

**Unexcused Absence:  6 points:**  An Officer will have an unexcused absence when the Officer fails to call in an absence and show up for a scheduled shift (No Call No Show).

**Unscheduled Absence: 2 points:**  An Officer who is absent from work and fails to notify their supervisor as soon as possible, less than two (2) hours before their scheduled reporting time is considered to have an unscheduled absence. Officers shall be responsible for providing their expected date of return to work during such notification. Each time an Officer is absent as an unscheduled absence the Officer will receive two (2) points for the unscheduled absence "occurrence". Multiple continuous days of absence for the same reason shall be considered one "occurrence".

**Tardiness:**  An Officer who will be late to work must notify a supervisor as soon as possible. Officers shall be responsible for providing their expected arrival time during such notification. Late arrivals that were approved in advance by a supervisor, such as for a scheduled doctor office appointment, dental appointment or other scheduled and pre-approved reason will not add points to an Officer's record.

SANTIAGO047

**Late Arrival: 1 point:** The following reasons will add points to an Officer's record: An Officer is considered a late arrival if the Officer arrives at work and clocks in more than seven (7) minutes after the Officer's scheduled reporting time. For example, given the rounding in the timekeeping system, if an Officer is required to begin a shift at 6:45 AM, they would be allowed to clock in no earlier than^6:38 AM and could clock in up to 6:52 AM and either punch would be rounded to 6:45 AM. Those Officers clocking in more than seven (7) minutes after their scheduled time will receive one (1) point.

**Exclusions:** Late arrivals and absences that were the result of factors outside of the Officer's control will be handled by the Facility Administrator on a case by case basis. Examples of events outside of the Officer's control include, but are not limited to: medical emergencies, car accidents, unplanned highway closures, sudden severe weather and **earthquakes.** Examples of events that will not be considered outside of the Officer's control include, but not limited to: heavy traffic, lack of transportation and weather such as heavy snowfall.

In all cases, the Company will follow the requirements of the Family and Medical Leave Act and the Americans with Disabilities Act, as well as any other applicable law.

**Early Arrival: 1 point:** An Officer is considered an early arrival if the Officer arrives at work and clocks in more than seven (7) minutes before their scheduled reporting time.

17.8 As an incentive for Perfect Attendance, Officers have the opportunity to earn two Perfect Attendance Days per year. If an Officer has Perfect Attendance for a six (6) month period between January 1st and June 30th or between July 1st and December 31st, they will receive one personal paid holiday for each period. The holiday must be taken within the six (6) month period following the award. Officers must inform their Supervisor at least two (2) weeks in advance of taking any earned personal holiday.

**Perfect attendance is defined as a six (6) month period with no missed time for sickness or time unpaid. For the purpose of qualifying for this benefit, scheduled vacation days, holidays, jury duty; required military training; bereavement leave will be considered days worked. The following disqualifies an Officer from Perfect Attendance days; rehired within the award period; out on leave during the period (except Military Leave); worked part-time during the period; or received pay for unscheduled vacation days.**

SANTIAGO048

# ARTICLE 18
# JURY DUTY

18.1    Officers are required to provide a copy of the Notice of Jury Service upon receipt. They are required to inform their Supervisor as soon as possible after learning the specific date of service required. Upon presenting documentation of jury service performed, the Company shall reimburse the Officer for each regularly scheduled hour missed at their regular pay rate, to a maximum of ten (10) days in any 12-month period. Transportation fees provided to Officers for serving as a juror shall not be considered as jury duty pay. Officers are expected to return to work if excused from jury duty in time to perform at least four (4) hours of a scheduled work shift.

18.2    Jury duty shall not be considered as time worked for the purpose of computing overtime.

SANTIAGO049

# ARTICLE 19
# BEREAVEMENT LEAVE

**19.1**   Upon the death of a full-time Officer's immediate family member, the Officer will be granted up to three (3) days leave with pay, not including the Officers regular days off, in order for the Officer to make arrangements for and to attend the funeral.

**19.2**   For the purposes of this Article immediate family member is defined as an Officers spouse, child, parents, siblings, grandparents and grandchildren, including immediate family members by step or in-law relation.

**19.3**   Bereavement Leave shall not be considered as time worked for the purposes of computing overtime.

**19.4**   Upon the death of a qualifying person under Section 19.2, the Facility Administrator or their designee will consider, on a case-by-case basis, requests to extend Bereavement Leave through the use of available vacation time and/or sick leave.