SANTIAGO050

# ARTICLE 20
# HOLIDAYS

20.1   The Company will provide full-time Officers the following ten (10) paid holidays regardless of the day on which the holiday falls:

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King's Day | Veterans Day |
| Presidents' Day | Thanksgiving Day |
| Memorial Day | Christmas Day |
| Independence Day | **Personal Holiday** |

20.2   **Officers may opt to take their Personal Holiday on any day they are scheduled to work. Whatever day an Officer elects to take as his Personal Holiday, the Officer must notify a shift supervisor a minimum of two (2) weeks in advance of his chosen day. Should more than one Officer elect the same day off, the Company retains the right to approve the number of Officers that will be allowed to take the day off. Selection will be made on a first come, first serve basis.**

20.3   Provided individual Officers have worked any hours during the week the holiday falls, they will receive eight (8) hours of Holiday Pay at their regular straight-time hourly rate. In addition, Officers who work on the actual day a holiday falls will be paid their straight time rate for all hours so worked. Appropriate overtime rules apply to the actual number of hours worked on a holiday or during a week in which a holiday falls. The eight (8) hours of Holiday Pay are not included as hours worked for the purpose of calculating overtime.

20.4   Officers will receive Holiday Pay even if they are on approved paid time off (vacation, jury duty, bereavement leave, etc.)

20.5   Part-time Officers will receive holiday pay based on a prorated basis at the rate of 20% of wages worked the week of the holiday, regardless of the day on which the holiday falls.

SANTIAGO051

# ARTICLE 21
## VACATION

**21.1**   During the term of this Agreement, the Company will grant paid vacation to all full-time Officers based on years of service **with the Company.** Years of Service is determined by the Officer's anniversary date **with the Company.**

| Years of Service | Pay Period Accrual | Annual Accrual |
|---|---|---|
| More than One (1) year but less than 5 years | 3.077 hours | 80 hours |
| More than Five (5) years but less than 10 years | 4.616 hours | 120 hours |
| More than Ten (10) years but less than 15 years | 6.154 hours | 160 hours |
| More than Fifteen (15) years | 7.692 hours | 200 hours |

**21.2**   During the term of this Agreement, the Company will pay a percentage of worked wages in lieu of vacation for Part-time Officers as follows:

| Years of Service | % of Worked Wages |
|---|---|
| More than one (1) year but less than 5 years | 6.15% |
| More than five (5) years but less than 10 years | 8.08% |
| More than ten (10) years | 10.00% |

**21.3**   **Up to twenty four (24) hours of unused vacation, not taken within the annual twelve month vacation period, shall be rolled over into the next year's allotment of vacation. Any unused vacation time in excess of twenty four (24) hours shall be paid out.**

**21.4**   Any unused vacation time that has been earned and vested shall be paid at the time of separation from employment with GEO.

**21.5**   **Officers covered under this agreement are also governed by the Service Contract Act (SCA). The SCA provides for sick leave benefits (pay) through Health and Welfare benefit income (see Article 23 Wages). In accordance with California Sick Leave, Officers, at their sole discretion, may also use available paid vacation time to cover scheduled and unscheduled absences due to illness or injury.**

**21.6**   If a designated holiday named in this Agreement falls during an Officer's vacation period, such Officer shall be entitled to receive pay for such holiday [eight (8) hours at the Officer's straight time hourly rate in addition to their vacation pay].

SANTIAGO052

**21.7**   Vacation preferences will be determined as follows:

a. During the month of November a vacation calendar for the following year will be posted in the Officer break rooms.

b. The vacation calendar will be accompanied by a current union seniority list with a signature line.

c. Officers will select hours of vacation in the order of their seniority. Officers have the option to select their vacation in part or in full. Officers may also elect not to select any vacation at that time. Officers will sign their name to the seniority list and the next senior officer will be allowed to make their selection.

d. The Company may allow the maximum amount of officers off for vacation per shift provided it does not interfere with the efficient operations of the facility. With that in mind, the Company will at a minimum award time off for vacation to **two (2) Officers per shift at the East facility and three (3) Officers per shift at the West facility.**

e. **Subsequent vacation requests will be handled on a first come first serve basis.**

f. **Every effort will be made to accommodate additional vacation requests per shift at each building.**

**21.8**   Vacation time shall not be considered as time worked for the purpose of computing overtime.

**21.9**   Except as provided in sections 21.3 and 21.4, Officers entitled to vacation will not be given pay in lieu thereof.

SANTIAGO053

# ARTICLE 22
## 401(k) PLAN

22.1   All Officers are eligible to participate in the Company 401(k) and profit sharing savings plan as may be amended from time to time by the Company to ensure that the benefits are the same for all GEO Group Officers.

22.2   The Company will match 50% of the Officers salary deferrals up to the first 5% of salary deferred (maximum matching contribution is 2.5% of deferred salary).

22.3   The Company's matching contribution will be applied each pay period.

SANTIAGO054

# ARTICLE 23
# WAGES

23.1   Listed below are the hourly rates and the Health & Welfare rate for covered Officers by this Agreement.

A. The rates listed below **(Article 23.1 A)** will become effective on the date of ratification.

| Seniority | Hourly Rate |
|---|---|
| From Date of Hire to End of 6-Month Probation | $16.22 |
| End of 6-Month Probation to 1 year | $17.03 |
| 1 year but less than 6 years | $17.62 |
| 6 years or more | $18.19 |
| **Health & Welfare** | **$3.81** |

**B. The rates listed below (Article 23.1 B) will only become effective if and when this Article is incorporated by the Client into the Operations and Management Contract (Years 2 and 3 Hourly Rates shall be effective on the anniversary of the effective date of this CBA).**

| Seniority | Year 1 Hourly Rate | Year 2 Hourly Rate | Year 3 Hourly Rate |
|---|---|---|---|
| **From Date of Hire to End of 6-Month Probation** | **$16.54** | **$16.87** | **$17.21** |
| **End of 6-Month Probation to 1 year** | **$17.37** | **$17.72** | **$18.07** |
| **1year but less than 6 years** | **$17.97** | **$18.33** | **$18.70** |
| **6 years or more** | **$18.55** | **$18.92** | **$19.30** |
| **Health & Welfare** | **$4.02** | **$4.02** | **$4.02** |

**C. Should Article 23.1 B not be incorporated into the Operations and Management Contract, the parties agree to reopen negotiations.**

**D. Should the Department of Labor increase the Health and Welfare Hourly Rate during the term of this Agreement the Company and the Union agree to reopen negotiations regarding the Health & Welfare Hourly Rate provided for in this Article.**

E. Any revised Health & Welfare Hourly Rate will only become effective on the Client Contract Date **(May 27)** once each year of the Agreement as incorporated by the Client into the Operations and Management Contract.

SANTIAGO055

23.2   Officers shall receive the Health & Welfare hourly rate (based on 2080 hours per year) as a part of their wages. Officers may elect to voluntarily participate in the Company's benefit plans, the cost of which will be explained in detail to each Officer. Should Officers elect not to participate in the Company's benefit plans the amount of the Health & Welfare hourly rate will continue to be paid directly to the Officer in the form of wages and be reflected on their paychecks. Should an Officer choose to participate in the Company's benefit plans on a limited basis (for example taking dental or vision insurance only) any cost of the plans will be subtracted from the Health & Welfare hourly rate, with the remaining funds continuing to be paid in the form of wages.

# ARTICLE 24
## HEALTH AND WELLNESS BENEFITS

**24.1**  Effective the first day of the month coincident with or following 30-days of employment, Full-time Officers may elect to enroll in:

> A. The Company's Group Health Insurance Plans, plan with optional family coverage.
> B. Flexible Spending Accounts

The company has established and pays the administrative costs related to pre-taxed Medical and Dependent Care Flexible Spending Accounts (FSA). Officers have the opportunity, through pre-taxed payroll deductions, to participate in these FSA programs up to the limits established by law. For additional information Officers should contact their Human Resources Office. For decisions related to income tax considerations, Officers should consult with the IRS or a personal financial advisor.

**24.2**  Effective the first day of the month coincident with or following 90-days of employment Full-time Officers may elect to participate in Company's dental, vision, group life insurance, disability, legal and voluntary benefit plans. Specific information related to these plans is available from the facility Human Resources Department. The terms and conditions of said plans are not subject to the grievance and arbitration procedures established herein.

**24.3**  The Company reserves the exclusive right to make or modify Health and Wellness benefits at any time during the life of this Agreement. The Company also reserves the exclusive right to modify the choice of service providers.

**24.4**  The Company shall discuss with the Union any changes or modifications to the Health and Wellness benefits prior to open enrollment. The Union will have the option to offer the Union's benefit plan.

**24.5**  Health and Wellness Benefits shall not be subject to the grievance procedures set forth in this Agreement.

**24.6**  Employee Assistance Program

To assist Officers in both work related and non-work related issues, the Company provides an Employee Assistance Program. Program participation may be voluntary or in some instances required by the Company. The provisions of the Employee Assistance Program are not subject to the grievance and arbitration process. Specific information related to the EAP may be found in the facility Human Resource Office and/or GEO Corporate Human Resources. The EAP is available for officers

SANTIAGO057

and their families. All information, whether voluntary or required by management, is strictly confidential.

# ARTICLE 25
## WAIVER OF BARGAINING RIGHTS AND AMENDMENTS TO AGREEMENT

25.1   During the negotiations resulting in this Agreement, the Company and the Union each had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining; all such subjects were discussed and negotiated upon; and the agreements contained herein were arrived at after the free exercise of such rights and opportunity.

25.2   This Agreement supersedes any previous agreements, rules, regulations or customs governing the Company, its employees and the Union.

25.3   Any changes in this Agreement, whether by addition, waiver, deletion, amendments or modifications, must be reduced to writing and executed by both the Company and the Union. The Company and the Union shall meet to negotiate these changes prior to their implementation.

SANTIAGO058

# ARTICLE 26
## DRUG AND ALCOHOL TESTING

**26.1**  The Union collectively and its members individually recognize the sensitive nature of the company's business. As such, each recognizes that maintaining a drug and alcohol free work place is essential to the safety and security of all Officers, the general public, the inmates and the institution.

**26.2**  The Union collectively and the members individually agree that the Company has the right to implement policies and procedures related to drug and alcohol testing and that these policies may include provisions for both cause and prevention testing.

**26.3**  Drug testing includes provisions for testing for Cause and Prevention. Procedures are found in Adelanto Detention Facilities Policy 3.2.6 and GEO Policy #3.2.6 Personnel, <u>Drug Free Workplace</u>.

**26.4**  When the Company has a "reasonable suspicion" to believe that an Officer is in violation of Company Rules of Conduct related to the use of alcohol or drugs, the Facility Administrator or his designee may require the Officer to submit to an alcohol and/or drug test. Procedures are established in Adelanto Detention Facilities Policy 3.2.6 and GEO Policy #3 .2.6. Personnel: <u>Drug Free Workplace</u>.

**26.5**  An Officer may refuse to submit to a drug screening or alcohol test. However the Officer shall be warned that such refusal constitutes grounds for immediate dismissal and then be allowed an opportunity to submit to the testing as though the Officer had originally complied with the order.

**26.6**  The Union collectively and the members individually agree that drug testing policies or regulations of the Company, Client or other regulating authority are subject to review and change. Changes made by the Company, Client or other regulating agencies will be binding on the parties to this Agreement. Changes will be communicated to the Union prior to implementation.

SANTIAGO059

# ARTICLE 27
## MISCELLANEOUS PROVISIONS

27.1   The Union recognizes that it is the responsibility of Officers to familiarize themselves and learn all policies and rules established by the Company or its client, and faithfully report all violations thereof. The Union agrees that Officers shall discharge all duties as assigned to them impartially and without regard to any Union or non-union affiliation of any Officer of the Company or Client, and that failure to do so may be cause for discipline.

27.2   It is understood that no provisions of this Agreement will apply to any temporary supplementary correctional force transferred to work at the facility to maintain contractual obligations to the Client or during emergency situations. Unless the Client exercises its contractual option to assume operation of the facility or Officers are engaged in an adverse job action against the Company, such supplementary force will not result in job loss or in the loss of normal hours to permanent Officers coming under this agreement while the supplementary force is being utilized.

27.3   The Union recognizes the principle of management responsibility and that the Company must furnish satisfactory service in accordance with the demands and directives of the Company's Client(s) and the requirements of the particular job.

27.4   Officers will be paid at the appropriate rate for all required Company Training.

27.5   Union membership insignia shall be authorized to be worn on Company uniforms provided that if the Client objects then such insignia shall be removed when the Company so requests.

27.6   The Company agrees to permit one (1) full time bargaining unit member selected by the Union as the Union Safety Representative to participate in the facility sponsored safety committee. An alternate may be utilized when the primary Union Safety Representative is not available due to illness or vacation or when circumstances require the assistance of an alternate.

27.7   **The Company and the Union agree to meet quarterly (more often if necessary) for Labor/Management meetings to share information, discuss issues, and improve communications. This meeting will be no more than two people from each party represented and will not be to discuss grievances.**

27.8   **This Agreement shall be binding upon the parties hereto, their successors and assigns and no provisions, terms or obligations herein contained shall be affected, modified, altered or changed in any respect whatsoever by the consolidation, merger, sale transfer or assignment of either party hereto or affected, modified, altered or changed in any respect whatsoever by any change of any kind in the legal status, owner or management of either party hereto.**

SANTIAGO060

# ARTICLE 28
# DURATION

Except as otherwise provided herein, this Agreement becomes effective on  (date of ratification) and shall continue in force and effect until midnight _____ 2018 and from year to year thereafter, unless either party receives written notice from the other party, not less than sixty (60) days, nor more than ninety (90) days, immediately prior to the expiration date, of its intention to amend, modify or terminate this Agreement, provided that if the Company shall cease to operate at this site, this Agreement shall automatically terminate and the rights and obligations of both the Union and the Company hereunder, shall automatically cease except with reference to those Officers covered herein shall remain in the employment of the Company for the purpose of performing work arising from the termination provisions of the Company's agreement with the Client, and as to such Officers, this Agreement shall continue in effect until termination of employment of such Officers.

IN WITNESS WHEREOF, the parties have caused their Representatives to sign this Agreement on _____, as full acknowledgement of their intentions to be bound by the Agreement.

United Government Security Officers of America, International Union

The GEO Group, Inc.

_____        _____
Michael Burke            Date          Christopher D. Ryan        Date
DHS VP UGSOA                        VP Employee and Labor Relations
                                   GEO

_____        _____
Local 880 President      Date          Warden                    Date

SANTIAGO061



**Corrections & Detention ®**

# MEMORANDUM

Date: 8-5-15

To: Lt. Anderson

cc:

From: DØ Santiago, E/ [signature]

**Adelanto Detention Facility**
10250 Rancho Road (West)
10400 Rancho Road (East)
Adelanto, CA  92301

RE:

On 8-5-15, shortly before the 1630 count, I placed D/T Irias #73945866 into a lower tier shower. Moments before placing him in the shower, the dinner trays were delivered by kitchen staff, and were awaiting distribution. Once I signed for the dinner trays, kitchen staff exited and I proceeded to inspect the dinner cart as required. By this time the 1630 count had commenced and D/T Irias had not finished showering, so we counted him in the shower as to not delay count or cause other issues. Upon completion of our count, we needed to begin our staff lunch breaks in segregation immediately to prevent the possibility of a meal penalty, as we are to relieve eachother on 2ND Watch, one at a time, because we do not have a segregation control officer, nor do the utilities assist with lunches in segregation. Also, between the time he was placed in the shower and the time count was commenced, the 2nd segregation officer had returned from outside recreation with 8 detainees who were secured in their cells, as he had completed the detainee's hour of recreation on the lower tier. In order to complete our staff lunches, the 2nd officer on the administrative segregation side proceeded to disciplinary segregation side to relieve the 2 officers working disciplinary segregation, one officer at a time, leaving me to complete the

SANTIAGO062



**Corrections & Detention ®**

# MEMORANDUM

Date: 8-5-15

To: Lt. Anderson

cc:

From: D/O Santiago, E/

RE:

**Adelanto Detention Facility**
10250 Rancho Road (West)
10400 Rancho Road (East)
Adelanto, CA  92301

distribution of dinner trays. The 2 segregation porters were utilized to complete the distribution of dinner trays and I began distribution with them on the lower tier. We started on the left side nearest the segregation control and worked our way to the left. At the time we started D/T Irias was still in the shower and not his cell (A-116) so we skipped him and were to go back and feed him. When finished distributing to the bottom tier D/T Irias still had not finished in the shower so we continued to the top tier to distribute trays, this time from the right to the left. Once we finished distributing dinner trays to the top tier I began securing the food ports and then continued down back to the bottom tier where I seen D/T Irias being escorted by multiple staff back into segregation and into his cell. I had not secured the shower door when placing D/T Irias in it due to administrative segregation now being an open dayroom and I believe he exited segregation while I was feeding the top tier with the porters. — End Report

SANTIAGO063

# ADELANTO DETENTION FACILITY
## OUT COUNT SLIP

| | DETAINEE NAME | A# | BED # |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |

DATE:_____          TIME:_____
LOCATION: _____   TOTAL:_____
PRINT NAME:_____  SIGNATURE: _____

## ADELANTO DETENTION FACILITY
### POSITIVE COUNT

DATE:_____          TIME:_____
LOCATION: _____   TOTAL:_____
PRINT NAME:_____  SIGNATURE: _____

SANTIAGO064

**GEO** Corrections 1st Division

**ADELANTO DETENTION FACILITY – WEST**

Row labels (left column, top to bottom): HOUSING SEG, HOUSING 2-A, HOUSING 2-B, HOUSING 2-C, HOUSING 2-D, HOUSING 3-A, HOUSING 3-B, HOUSING 3-C, HOUSING 3-D, HOUSING 4-A, HOUSING 4-B, HOUSING 4-C, HOUSING 4-D, HOUSING 5-A, HOUSING 5-B, HOUSING 5-C, HOUSING 5-D, INTAKE, MEDICAL (MED), LIBRARY (LIB), COURT, VISITATION, LAUNDRY (LAU), KITCHEN (KIT), MISC, OFF SITE (OS), TOTAL OUT COUNT, TOTAL IN COUNT, TOTAL ASSIGNED

Column headers (grid), left to right: SEG, H-2A, H-2B, H-2C, H-2D, H-3A, H-3B, H-3C, H-3D, H-4A, H-4B, H-4C, H-4D, H-5A, H-5B, H-5C, H-5D, INTAKE, MED, LIB, COURT, VISIT, LAUN, KIT, MISC, OS, TOTAL

(Blank grid — no entries filled in.)

Count Started _____

Count Cleared _____

Count Taken By _____

Verified by Supervisor _____

Census _____

Date _____

**\*IMPORTANT THE 2300 COUNT CANNOT BE ...EARED UNTIL THE CENSUS HAS BEEN TRANSMITTED**

SANTIAGO065

# MEMORANDUM



Date: 8/5/15

To: Cos Johnson

From: LT R. DURAN

## RE: ADMINISTRATIVE SEGREGATION ORDER

| | | |
|---|---|---|
| _IRIAS - JIMMY_ | 739 45866 | WIA - 116 - 1L |
| Detainee Name | ID# | Previous Housing Unit |

The above named detainee is to be admitted to **Administrative Segregation** for the following reason(s):

_XXX_     (A)     Is pending an investigation/hearing for the commission of a prohibited act or rule violation and requires pre-hearing detention.

_____     (B)     Is under medical observation (medical staff must comment and sign this order).

_____     (C)     Is waiting for bed space in general population commensurate with their classification level. (ex: no level three beds available etc.)

_____     (D)     Is terminating confinement in Disciplinary Segregation and has been ordered in Administrative Segregation by the Institutional Disciplinary Panel for institutional security.

_____     (E)     Protective Custody, (must have a due process hearing within 72 hours if detainee contests housing).

_____     (F)     Detainee has requested or an order for admission for Protective Custody exists, I hereby request placement in the Administrative Segregation unit for my own protection.

| | | |
|---|---|---|
| Detainee Signature | ID# | Date |

_____     (G)     Placed in Administrative Segregation pending Classification.

Record a brief outline of the circumstances and names of any witnesses to events leading to this placement:
_Detainee Attempted to Escape by accessing facility Doors._

Medical Staff Signature: _____ **R. Escareno**    Date: 8/6/15
                                R.N

Supervisor Signature: _A R Amen_    Date: 8/6/15

Admitted by: LT Anderson         Title: LT
Admitted: (Date) 8/5/15          Time: 2246

Released by: _____             Title: _____
Released: (Date) _____        Time: _____

Reviewed by: _____               Date: 8/8/15
      (Facility Administrator or Designee)

I have received a copy of this Administrative Segregation Order   Refused to Sign 8/5/15

Recieved By _____           Detainee Signature / ID# / Date

154

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: IRIAS, Jimmy                    A-Number: 73945866

ID#: N/A          Nationality: HONDURAS

Date & Time of Incident: AUGUST. 5, 2015  1640 Housing Assignment: 1A-116-1ᵂ

Incident Location: WEST SEGREGATION  Work Assignment: N/A

Classification Level: 3

**PROHIBITED ACTS:**

1. ESCAPE FROM UNESCORTED ACTIVITIES          Code: 200
2. ATTEMPT TO COMMIT ANY OF THE ABOVE OFFENSES  Code: 110
3. _____          Code: _____
4. _____          Code: _____

Description of Incident: ON AUGUST 5, 2015 AT APPROXIMATELY 1640 HOURS SHIFT SUPERVISORS SGT. SOLIZ AND SGT. HUTCHINSON WERE NOTIFIED BY OFFICER J. MORA REGARDING AN UNATTENDED DETAINEE IN THE HALLWAY, STANDING AT DOOR 707. VERBAL COMMANDS WERE ISSUED FOR THE DETAINEE TO STAY WHERE HE WAS AND MOVE AWAY FROM THE DOOR. AT THIS TIME THE DETAINEE, IDENTIFIED AS IRIAS, JIMMY A# 73945866, PULLED THE DOOR AND WALKED INTO THE HALLWAY.

Staff Witnesses: (Y)  N                    Evidence Attached? Y   N  (N/A)

Supporting Reports: Y  (N)  N/A

L.T. R. ANDERSON          8.6.15 0300          L.T.
Name of Reporting Officer    Date and Time          Signature

Reviewed for accuracy prior to investigation by: J. Hamed He

                                        Supervisor
          8/6/15    0330
          Date and Time

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 1/04



August 6, 2015

**The GEO Group, Inc.**
Adelanto Detention Facility
10400 Rancho Road
Adelanto, California 92301

TEL: 760 561 6100
Fax: 760 561 6194
www.geogroup.com

Effective August 6, 2015, you are being placed on administrative leave without pay pending investigation.

Also, during this leave period, if you are currently enrolled in any benefits plan, it is your responsibility to send bi-weekly payments to the Human Resources Dept. to continue your benefits. The attached Benefits while on Administrative Leave form indicates your cost if you choose to keep your benefits at the current level. Your failure to make the required payments may result in your benefits being cancelled.

You are not to be on the grounds of the Adelanto Detention Facility for any reason unless instructed to be present through the notification by the Warden or his/her representative.

If you have any questions, please contact the undersigned at 760-561-6100 Ext. 1115.

Sincerely,

James Janecka
Warden

_____
Emanuel Santiago/Signature

_8 · 6 · 15_
Date

_____
Witness

_8 / u / 2015_
Date

SANTIAGO068

## *UGOSA LOCAL 880*
**A HURTADO - President**
**J HARRIS - Vice President**
**S NOWICKI - Secretary**
**M MCCORMICK - Treasurer**

Warden

Santiago was terminated on August 15th 2017. UGOSA officials prepared the appeal paperwork on August 17th, and served Deputy Warden Gustin with those papers on August 18th. We had a meeting regarding this paperwork on September 30th. You Sir, **were well within the time limit of 15 business days to respond to us.** However the CBA states that once you have responded to us that the regional vice president Mr. Black or his designee would contact us via phone or other means to discuss this case. Within ten business days from the date of September 30th. According to our calculations if we do not hear something from you or from corporate by October 15th then we will assume that this process is over and will proceed on with the necessary steps to continue on to arbitration. Please advise us of how you would like to proceed.

A HURTADO-President local 880

Received by _____   date 10/13/15

Response comments-

Refer to email

SANTIAGO069



# ADELANTO DETENTION FACILITY
## Supervisor Shift Log
### SHIFT: West – 2nd Watch (1400-2230)

**Day:** __Thursday__          **Date:** __August 6, 2015__

**Officer Accountability: Standard staffing – 36 x 1.6 = 58 (Rounded up)**

| Watch Lieutenant | Lt. Bowdre/Tidwell | Sergeant | | J. Hutchinson | Sergeant | A. Soliz |
|---|---|---|---|---|---|---|
| **Mandatory Posts** | **Officer Name** | **Special Post Instructions** | | | **Staff on RDO's** | |
| 1: Central Control - 1 | J. Harris | | | | 1: B. Hatch | 8: E. Macias(W) |
| 2: Central Control - 2 | J. Ramos | | | | 2: N. Yasuda | 9: A. Morales |
| 3: Housing 2 Control | A. Magana | OT | | | 3: D. Williams | 10: A. Martinez(W) |
| 4: Housing 2 – A Floor | D. Bell | | | | 4: C. Damski | 11: A. McMillan |
| 5: Housing 2 – B Floor | J. Gonzalez | | | | 5: M. Cleveland | 12: G. Colwell |
| 6: Housing 2 – C Floor | R. Alonzo | OT | | | 6: M. Davies | 13: |
| 7: Housing 2 – D Floor | R. Conde | OT | | | 7: Mo. Cervantes | 14: |
| 8: Housing 3 Control | N. Nathanson | | | | | |
| 9: Housing 3 – A Floor | T. Montes | | | | | |
| 10: Housing 3 – B Floor | D. Malaga | | | | **Staff on Vacation** | **Cross To East** |
| 11: Housing 3 – C Floor | J. Alvarez | OT | | | 1: C. Rodriguez(W) | 1: P. Monteon |
| 12: Housing 3 – D Floor | Ja. Sanchez | | | | 2: D. Moreiko | 2: J. Pasillas |
| 13: Housing 4 Control | Q. Williams | | | | 3: L. Perez | 3: |
| 14: Housing 4-A Floor | K. Day | | | | | |
| 15: Housing 4-B Floor | R. Karlen | OT | | | **Staff Call Offs** | **RDO/Shift Swap** |
| 16: Housing 4-C Floor | K. Ramos | | | | 1: E. Marquez | 1: |
| 17: Housing 4-D Floor | M. Willrich | | | | 2: R. Ornelas | 2: |
| 18: Housing 5 Control | Collapsed | | | | 3: | 3: |
| 19: Housing 5-A Floor | M. Rodriguez | OT | | | | |
| 20: Housing 5-B Floor | J. Hayes | OT | | | **Staff on Leave** | **Med Appointment** |
| 21: Housing 5-C Floor | Collapsed | | | | 1: F. Vestal | 1: J. Galvan |
| 22: Housing 5-D Floor | Collapsed | | | | 2: | 2: |
| 23: Front Lobby | M. Camacho | | | | 3: | |
| 24: Perimeter West | A. Perez | | | | | |
| 25: Perimeter East | A. Berns | | | | **Training** | |
| 26: Segregation Control | J. Hernandez | | | | 1: I. Palacios(W) | |
| 27: Segregation 1 | C. Lechuga | | | | 2: | |
| 28: Segregation 2 | P. Castro | | | | 3: | |
| 29: Segregation 3 | B. Patterson | | | | | |
| 30: Recreation 1 | Collapsed | | | | **Med Satellite** | |
| 31: Recreation 2 | Collapsed | | | | 1: B. Rayford | |
| 32: Med Observation | A. Hurtado | | | | 2: T. Medawar | |
| 33: Medical Floor | J. Farley | OT | | | 3: A. Ferretiz | |
| 34: Medical Escort | J. Santa | OT | | | | |
| 35: Utility / Escort 1 | C. Langill | | | | | |
| 36: Utility / Escort 2 | A. Gomez | | | | | |
| 37: Utility / Escort 3 | L. Garcia | | | | | |
| 38: Utility / Escort 4 | E. Santiago/A. Maciel | Collapsed @1900 | | | | |
| | | | | | | |
| **Non-Mandatory Posts** | | | | | | |
| | | | | | | |
| Hospital Duty | 1: J. White | 2: E. Flores | | **Location:** Desert Valley | | |
| Hospital Duty | 1: | 2: | | **Location:** | | |
| Suicide Watch | 1: M. Lopez | 2: J. Haynes | | **Location:** | | |
| Camera Operators | 1: | 2: | | | | |
| Meal Relief Blocks | 1: | 2: | 3: | 4: | 5: | 6: |
| First Responders | 1: | 2: | 3: | 4: | 5: | 6: |

1/2

*Reviewed* *(signature)* *on this Date* 9/8/15 *Time* 1542


The GEO Group, Inc.

# ADELANTO DETENTION FACILITY
## Supervisor Shift Log
### SHIFT: West – 2nd Watch (1400-2230)

**Day: Tuesday**　　　　**Date: 08-04-2015**

**Officer Accountability:** Standard staffing – 36 x 1.6 = 58 (Rounded up)

| Watch Lieutenant | R. Anderson | Sergeant | | | Sergeant | Sgt.J.Hutchinson |
|---|---|---|---|---|---|---|
| **Mandatory Posts** | **Officer Name** | **Special Post Instructions** | | | **Staff on RDO's** | |
| 1: Central Control - 1 | J. Harris       S/S | | | | 1: A.Berns      M/T | 9: Ja. Sanchez T/W |
| 2: Central Control - 2 | E. Marquez      S/S | | | | 2: M. Camacho M/T | 10: J. Hernandez T/W |
| 3: Housing 2 Control | P. Castro       S/S | G. Colwell   W/Th(ROVER) | | FR | 3: Q. Williams M/T | 11: M. Lopez    T/W |
| 4: Housing 2 – A Floor | N. Nathanson   S/M | | | | 4: M. Willrich M/T | 12: T. Medawar T/W |
| 5: Housing 2 – B Floor | Cerulli | OT | | | 5: A. Gomez   M/T | 13: J.Rosas      T/W |
| 6: Housing 2 – C Floor | R. Ochoa | PT | | | 6: L. Garcia    M/T | 14: F. Vestal    T/W |
| 7: Housing 2 – D Floor | A. Morales Th/F | | | | 7: D. Malaga   M/T | 15: J. Pasillas  T/W |
| 8: Housing 3 Control | G. Bernal       Th/F | B. Hendardi  W/Th (ROVER) | | FR | 8: K. Ramos  M/T | 16: D. Bell       T/W |
| 9: Housing 3 – A Floor | Jon Ruiz      W/Th | | | | | |
| 10: Housing 3 – B Floor | S. Krpekyan  W/Th | | | | **Staff on Vacation** | **Training** |
| 11: Housing 3 – C Floor | A. Albarran | OT | | | 1: B.Rayford   Th/F | 1: I. Palacios(W)S/M |
| 12: Housing 3 – D Floor | B. Toliver    W/Th | | | | 2: | 2: C. Dambski   WTh |
| 13: Housing 4 Control | J. Haynes      S/S | M.Cleveland  W/Th(ROVER) | | FR | 3: | 3: |
| 14: Housing 4-A Floor | Mat. Santiago Th/F | | | | 4: | 4: |
| 15: Housing 4-B Floor | A. McMillian  Th/F | | | | 5: | 5: |
| 16: Housing 4-C Floor | N. Jordan     Th/F | | | | | |
| 17: Housing 4-D Floor | A. Ferretiz   F/S | | | | | |
| 18: Housing 5 Control | M. Davies | (ROVER) | | | **Staff on other leave** | **Staff Call-Off** |
| 19: Housing 5-A Floor | Joh. Gonzalez | | | | 1: | 1: B. Jones       S/M |
| 20: Housing 5-B Floor | | | | | 2: | 2: |
| 21: Housing 5-C Floor | | | | | 3: | 3: |
| 22: Housing 5-D Floor | | | | | 4: | 4: |
| 23: Front Lobby | Mo. Cervantes Th/F | | | | | |
| 24: Perimeter West | A. Martinez | | | | **Medical Appt.** | **Medical Satellite** |
| 25: Perimeter East | Collapsed | | | | 1: J. Galvan(W) S/M | 1: E. Flores(W) S/S |
| 26: Segregation Control | L. Perez       F/S | | | | 2: | 2: E. Santiago |
| 27: Segregation 1 | D. Moreiko    S/M | | | | 3: | |
| 28: Segregation 2 | D.Williams     W/Th | | | | | |
| 29: Segregation 3 | N. Yasuda    W/Th | | | | **Cross Level To East** | |
| 30: Recreation 1 | | | | | 1. K. Day       F/S | |
| 31: Recreation 2 | | | | | | |
| 32: Med Observation | A. Hurtado      S/S | | | | | |
| 33: Medical Floor | J. White      S/M | | | | **CELL SEARCH** | |
| 34: Medical escort | T. Montes   S/M | | | | 204 | |
| 35: Utility / Escort 1 | C. Langill      S/M | | | FR | | |
| 36: Utility / Escort 2 | R.Ornelas (W)F/S | | | FR | | |
| 37: Utility / Escort 3 | C. Rodriguez   F/S | | | | | |
| 38: Utility / Escort 4 | | | | | | |
| Hospital Duty | 1: J. Afre | 2: C. Lechuga | | **Location: DVH Emergency Room.** | | |
| Hospital Duty | 1: B.Patterson(W) F/S | 2: E.Macias (W)      Th/F | | **Location: DVH RM 285** | | |
| Hospital Duty | 1: P. Monteon    F/S | 2: | | **Location: PHYS. OBS.** | | |
| Suicide Watch | 1: D. Ramirez PT | 2: | | **Location: Suicide Watch RM 550** | | |
| Camera Operators | 1: | 2: | | | | |
| Meal Relief Blocks | C. Langill | J. Galvan(W)/M | M. Cleveland | P. Castro | M. Davies | |
| 1st Responders | C. Langill | J. Galvan(W) S/M | M. Cleveland | P. Castro | M. Davies | |

Received
Date　　　9/8/15
Time　　　1542

1/2

SANTIAGO071

# Razor Log

5

| TE | NAME | A # | BUNK | OUT | IN | OFFICER |
|---|---|---|---|---|---|---|
| /20/15 | IRIAS | 739US866 | WIA.116·16 | 1823. | 1900 | MARTINEZ |
| 8/1/15 | CARDENAS | 90079291 | 1A-110-1L | 0840 | 0905 | Albawan |
| 1/15 | Irias | 73945866 | WIA 116-1L | 1832 | 1920 | Williams |
| 15 | JARAMILLO | 2716 2048 | WIA 101IL | 0845 | 0907 | URAMIROC |
| 15 | ALFADO | 90079291 | WIA 114·IL | 0840 | 1017 | UZQUIEZ |
| 7-15 | GUTIERREZ | 716 02035 | WIA-105·IL | 0840 | 0850 | SANCHEZ |
| | 8/5/15 LT TIDWELL PIOT CHECK | | | | | RD |
| 10·15 | Gutierrez | 75602035 | 105·1L | 1530 to | 1601 | EFLORS |
| | 8/7/15 LT TIDWELL PIOT CHECK | | | | | RD |
| 7·15 | Torres | 24259382 | 205·1L | 1521 | 1530 | Hernandez |
| 7·15 | Icinglcham | 4640029 | 213·1L | 1521 | 1530 | Hernandez |
| 7·15 | Flores | 706409711 | 212·1L | 1533 | 1536 | PATTERSON |
| 7-15 | PULIDO | 99892817 | 107-1L | 1639 | 1747 | PATTERSON |
| 1·10·15 | GUTIERREZ SANCHEZ | 75602035 | 105IL | 0752 | 1001 | H. JANLONG |
| 8/12/15 | GUTIERREZ-LOPEZ | 27149548 | 112·1L | 1815 | 1832 | MOREIKO |
| 8/15 | LAZARO | 200977225 | 115-1L | 1815 | 1830 | MOREIKO |
| 8/15 | PULIDO | 99892817 | 107-1L | 1845 | 1922 | MOREIKO |
| 8/15 | RAMIREZ | 90819128 | 113-1L | 1915 | 1936 | MOREIKO |
| | ALL RAZORS ACCOUNTED 2ND WATCH 8/12/15 | | | | | |
| 8/15 | LAZARO | 200977225 | 115·1U | 0910 | 0925 | S.AVILA |
| 8/15 | pulido | 99892817 | 107-1L | 0915 | 1030 | Burso N |
| 8/15 | MALDONADO | 7443134 | 109·1L | 0930 | 0958 | H. JANCHAO |
| 8/15 | ACEUES | 7634252 | 115·1L | 1·010 | 1017 | Boresott |
| 8/15 | CORONADO | 70711570 | 210·1L | 0928 | 0954 | A.Byay |
| | ALL RAZORS ISSUED 1 WATCH | | | | | RD |
| | 8/17/15 Lt. Buran Foot Check RD | | | | | |
| /15 | Torres | 24259382 | 1A-205·1L | 1800 | 1815 | J.Hernade |
| 7-15 | Castillo | 44028637 | 208·1L | 1914 | 2015 | L.PEREZ |
| 7/15 | Capt. McCusker | | Foot check | | | |

# EXHIBIT 7

Geo's Supplemental Responses Verification

## VERIFICATION

I have read the foregoing **DEFENDANTS THE GEO GROUP, INC. ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF EMANUEL SANTIAGO'S REQUESTS FOR ADMISSION, SET ONE; DEFENDANTS THE GEO GROUP, INC. ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF EMANUEL SANTIAGO'S REQUESTS FOR PRODUCTION, SET ONE; DEFENDANTS THE GEO GROUP, INC. ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF EMANUEL SANTIAGO'S SPECIAL INTERROGATORIES, SET ONE** and know their contents.

I am the Warden at the Adelanto Detention Center, operated by THE GEO GROUP, INC., and in such capacity, I am authorized to sign this verification of the foregoing, **DEFENDANTS THE GEO GROUP, INC. ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF EMANUEL SANTIAGO'S REQUESTS FOR ADMISSION, SET ONE; DEFENDANTS THE GEO GROUP, INC. ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF EMANUEL SANTIAGO'S REQUESTS FOR PRODUCTION, SET ONE; DEFENDANTS THE GEO GROUP, INC. ET AL.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF EMANUEL SANTIAGO'S SPECIAL INTERROGATORIES, SET ONE** and I am authorized to make this verification for and on behalf of The Geo Group, and I make this verification for that reason. I have read the foregoing document(s). I am informed and believe and on that ground allege that the matters stated in it are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this verification was executed this _____ day of October, 2017, at Adelanto, California.

_____
Warden James Janecka

VERIFICATION

# EXHIBIT 8

Santiago's Job Application

GEO

The GEO Group, Inc.

Form must be completed by a Human Resource Staff member to be processed.

GEO

**EMPLOYEE DATA FORM - NEW HIRES, REHIRE, OR PERSONAL CHANGES**

Prepared By:

| Date Initiated | Employer | | | Employee's Last Name | | First | Middle |
|---|---|---|---|---|---|---|---|
| 02/21/13 | | | | Santiago | | Emanuel | |
| Effective Date | Facility Name | | | Employee Identification Number | | | |
| | | | | | | | |

| Personal Information | New Hire | | Rehire | | Employee's Personal Email Address | | | |
|---|---|---|---|---|---|---|---|---|
| | Address (First Line) Street No. & Name, include apartment no. if applicable | | | | City | | State | Zip Code |
| | 9630 Tokay Dr. Fort | | | | Fontana | | CA | 92335 |
| | Primary Phone # (incl. area code) | Secondary Phone | Birthdate | US Citizen | Marital Status | Veteran | Ethnic ID | Sex |
| | 760-887-6716 | | | | | | | |

| Facility Information | Department | | Check Sequence Number | | Standard Work Week |
|---|---|---|---|---|---|
| | | | | | |
| | Position Title | | Position Code | Next Review Date | Employee Status |
| | | | | | |

| Salary Information | Enter Pay Rate (Hourly or Salaried Amount) | Shift Differential | Compensation Verfication | FLSA Minimum Wage Test: | Status Code/Rate Test: |
|---|---|---|---|---|---|
| | | | | | |

| Emergency Information | Contact Name | | Primary Phone Number (incl. area code) | | |
|---|---|---|---|---|---|
| | Address | City | State | Zip Code | Relationship to Contact: |
| | | | | | |

| Military Status | Military Branch | Discharge Date | Military Occupation |
|---|---|---|---|
| | | | |

| Education Information | High School | Year Graduated | Major | Minor | Degree |
|---|---|---|---|---|---|
| | College | Year Graduated | Major | Minor | Degree |
| | Licenses & Certifications: | | | | |

| Remarks | |
|---|---|
| | |

| Authorizations Required | Facility's HR Representative | Business Manager/Department Head | Employee's Name & Signature |
|---|---|---|---|
| | Type Name: Aida Aldape | Type Name: Dean Macur | Type Name: |
| | Signature:                                    Date: | Signature:                          Date: | Signature:                          Date: |
| | Facility Administrator/Warden or Business Unit Head | Regional/Corporate Representative | |
| | Type Name: Matt Holm | Type Name: Jeffrey Wrigley | |
| | Signature: | Signature:                          Date: | |

HR-602

Revised   6/15/11

Human Resources Use Only

Date Entered in HRIS

# Emergency Contact Information

**GEO**
The GEO Group, Inc.

| Employee Name: | Santiago | Emanuel | |
| | Last | First | MI |

| Contact Name: | Felix | Susana | G |
| | Last | First | MI |

| Contact Address: | 9630 Tokay Dr |
| City: Fontana | State: CA | Zip: 92335 |

| Contact Telephone Number: 562-274-5693 | Alternative Contact Telephone Number: - - |

| Relationship: Fiance |

_____
Employee Signature

3-18-13
Date

Aida Aldape
Employer Representative (Print) First, MI, Last

_____ 3/18/13
Employer Representative Signature   Date

GEO000006 (INITIAL PRODUCTION 10/03/17)



March 1, 2013

Emanuel Santiago
9630 Tokay Dr.
Fontana, CA  92335

Adelanto Detention Facility
10400 Rancho Road
Adelanto, A 92301

TEL 760-561-6100
Fax: 760-561-6194
www.geogroup.com

Dear Emanuel:

This letter will confirm to you our conditional offer of employment.  You are being offered the position of Part-Time Detention Officer, located at the Adelanto Detention Facility located in Adelanto, CA. The salary for your position is $16.22 per hour.

As a part-time employee, your work days may include weekends and holidays and hours of work may be eight (8) to thirty-two (32) hours per week.  You may also be required to work on days that you are not scheduled to work depending on facility needs.

Your effective date of employment is March 18, 2013.  This offer is contingent upon the successful completion of a background investigation by ICE and all related employment forms, including a health screening.

To confirm these conditions, please review this offer letter, sign and return the original to me. Please retain one copy for your records.  This letter is not intended, nor should it be construed, as a contract of employment.  Rather it is intended to set forth the previously agreed upon conditions of your employment with the Company.

Emanuel, we anticipate your favorable decision to join our team and look forward to a mutually rewarding relationship.

Very truly yours,

Aida Aldape
Human Resources Specialist

I have read and agree with this Letter of Employment.

3-4-13
Date

Emanuel Santiago/Signature

Return to Candidate profile.

**PERSONAL INFORMATION**

| First Name: | Middle Initial: | Last Name: |
|---|---|---|
| Emanuel | | Santiago |

| Address: | Address 2: |
|---|---|
| 9630 tokay dr | |

| City: | State: | Zip: | Country: |
|---|---|---|---|
| Fontana | CA | 92335 | UNITED STATES |

**Are you a current Geo Group employee?**
No

**CONTACT INFORMATION**

| Email: | Primary Phone: | Business Phone: | Alternate Phone Type: |
|---|---|---|---|
| santiag089@yahoo.com | ( 760 ) 887 - 6716 | | |

| Referral Source: | Source Detail: |
|---|---|
| School | |

**CRIMINAL HISTORY**

BEFORE answering the following questions, please refer to the instructions below if you reside in or are applying for a position in: California, Connecticut, the District of Columbia, Georgia, Hawaii, Illinois, Massachusetts, Michigan, Nebraska, Nevada, New York, Rhode Island, or Washington. A conviction will not necessarily disqualify you from consideration for employment. The Company may, however, consider the nature, date, and circumstances of the offense, as well as whether the offense is relevant to the duties of the position for which you are applying.

**Have you been convicted of a crime other than a traffic violation?**
No

**RELATIVES**

**GENERAL EMPLOYMENT INFO**

**Have you previously worked for Geo Group, Inc., Geo Care, GEO Transportation Inc., Atlantic Shores Hospital, Just Care, Wackenhut Corporation, Cornell Companies Inc., BI Incorporated, Correctional Service Corporation or Abraxas?**
No

| Location: | City: | State: | Position: |
|---|---|---|---|
| | | | |

| Reason for leaving: | | Start Date: | End Date: |
|---|---|---|---|
| | | -- / ---- | -- / ---- |

| If hired, can you present evidence of your legal right to work in the U.S.? | Are you presently employed? | If yes, may we contact your present employer? |
|---|---|---|
| Yes | Yes | Yes |

| Contact Name: | Title: | Phone: |
|---|---|---|
| universal protection services | security professional | ( 951 ) 343 - 5817 |

**Have you ever used any other name(s) which is (are) necessary for us to know in order to verify your employment or educational record?**    **If yes, please list each name:**
No

**Have you ever been discharged, or asked to resign from employment?**
Yes

| Employer: | Date: | Reason: |
|---|---|---|
| ozburn hessey logistics | 05 / 10 / 2010 | Conflicting work schedules as I was holding 2 jobs. |

| Employer: | Date: | Reason: |
|---|---|---|
| | -- / -- / ---- | |

| Are you able to work overtime as needed? | AIf yes, are you available on weekdays? | If yes, are you available on weekends? |
|---|---|---|
| Yes | Yes | Yes |

**EMPLOYMENT HISTORY**

| Name of Company: | Job Title: | From Date: | To Date: |
|---|---|---|---|
| | | | |

GEO000008 (INITIAL PRODUCTION 10/03/17)

| universal protection services | security professional | 10 / 01 / 2011 | Present |
|---|---|---|---|
| **Address:** | **City:** riverside | **State:** CA | **Zip:** |
| **Type of business:** security company | **Supervisor's Name:** jamie | **Phone Number:** ( 951 ) 343 - 5817 | |
| **Job Duties:** Maintain security of assigned property/structure. | **Reason For Leaving:** Currently employed. | **Beginning Pay Rate: $ per Year / Hour:** 10.25 | **Ending Pay Rate: $ per Year / Hour:** |

Prevent company losses and damages to property. Log all persons and vehicles entering/exiting property and direct entering vehicles to assigned locations. Visually search all persons exiting facility to prevent company losses.

**Gap Explanation:**

| **Name of Company:** arizona department of corrections | **Job Title:** correctional officer | **From Date:** 06 / 01 / 2010 | **To Date:** 10 / 01 / 2011 |
|---|---|---|---|
| **Address:** | **City:** yuma | **State:** AZ | **Zip:** |
| **Type of business:** state correctional facility | **Supervisor's Name:** sgt. martinez | **Phone Number:** ( 928 ) 627 - 8871 | |
| **Job Duties:** Maintain safety and security of the public, staff and inmates alike. | **Reason For Leaving:** Returned to security position in california. | **Beginning Pay Rate: $ per Year / Hour:** 15.50 | **Ending Pay Rate: $ per Year / Hour:** 16.40 |

Supervise inmate activities and movement at all times to ensure safe environment and to maintain custody of such inmates. Respond to emergency situations within the unit effectively and in a timely manner to isolate any issue and to prevent situation from escalating. Maintain written records of daily activities. Make note of any suspicious activity and complete information reports and work orders as required.

**Gap Explanation:**

| **Name of Company:** universal protection services | **Job Title:** security professional | **From Date:** 04 / 01 / 2010 | **To Date:** 06 / 01 / 2010 |
|---|---|---|---|
| **Address:** | **City:** | **State:** | **Zip:** |

GEO000009 (INITIAL PRODUCTION 10/03/17)

|  |  |  |  |
|---|---|---|---|
|  | riverside | CA |  |
| **Type of business:** security company | **Supervisor's Name:** rose lopez | **Phone Number:** ( 951 ) 343 - 5817 |  |
| **Job Duties:** Maintain security of assigned property/structure. | **Reason For Leaving:** Found new employment. | **Beginning Pay Rate: $ per Year / Hour:** 9.75 | **Ending Pay Rate: $ per Year / Hour:** |

Prevent company losses and damages to property.
Log all persons and vehicles entering/exiting property and direct entering vehicles to assigned locations.
Visually search all persons exiting facility to prevent company losses.

**Gap Explanation:**

| **Name of Company:** ozburn hessey logistics | **Job Title:** material handler | **From Date:** 09 / 01 / 2009 | **To Date:** 05 / 01 / 2010 |
|---|---|---|---|
| **Address:** | **City:** ontario | **State:** CA | **Zip:** |
| **Type of business:** logistics warehouse | **Supervisor's Name:** christina butler | **Phone Number:** ( 909 ) 202 - 2190 |  |
| **Job Duties:** Pick and scan out items in pre-assigned orders using an RF gun. Separate product and store in assigned location according to labels. Properly label incoming product. Palletize and wrap outgoing product and properly label Maintain a clean work environment. | **Reason For Leaving:** employment was terminated because of schedule conflicts with new employer. | **Beginning Pay Rate: $ per Year / Hour:** 10.68 | **Ending Pay Rate: $ per Year / Hour:** 10.78 |

**Gap Explanation:**

| **Name of Company:** staffmark | **Job Title:** material handler | **From Date:** 10 / 01 / 2008 | **To Date:** 09 / 01 / 2009 |
|---|---|---|---|
| **Address:** | **City:** ontario | **State:** CA | **Zip:** |
| **Type of business:** staffing agency | **Supervisor's Name:** christina butler | **Phone Number:** ( 909 ) 202 - 2190 |  |
| **Job Duties:** Pick and scan out items in pre-assigned orders using an RF gun. Separate product and store in assigned location according to labels. Properly label incoming product. Palletize and wrap outgoing | **Reason For Leaving:** was a temp-hire position and I was hired on by the company. | **Beginning Pay Rate: $ per Year / Hour:** 9.00 | **Ending Pay Rate: $ per Year / Hour:** |

GEO000010 (INITIAL PRODUCTION 10/03/17)

product and properly label
Maintain a clean work
environment.

**Gap Explanation:**

| | | | |
|---|---|---|---|
| **Name of Company:** | **Job Title:** | **From Date:** | **To Date:** |
| red lobster | busser | 10 / 01 / 2007 | 10 / 01 / 2008 |
| **Address:** | **City:** | **State:** | **Zip:** |
| | victorville | CA | |
| **Type of business:** | **Supervisor's Name:** | **Phone Number:** | |
| restaurant | tom booth | ( 760 ) 241 - 1650 | |
| **Job Duties:** | **Reason For Leaving:** | **Beginning Pay Rate: $ per Year / Hour:** | **Ending Pay Rate: $ per Year / Hour:** |
| Maintain a clean dining environment. Provide Customer Service. Maintain and organize service stations. | found new employment. | 9.00 | |

**Gap Explanation:**

| | | | |
|---|---|---|---|
| **Name of Company:** | **Job Title:** | **From Date:** | **To Date:** |
| creative outdoor advertising | human directional | 12 / 01 / 2005 | 10 / 01 / 2007 |
| **Address:** | **City:** | **State:** | **Zip:** |
| | riverside | CA | |
| **Type of business:** | **Supervisor's Name:** | **Phone Number:** | |
| | nick victorio | ( 951 ) 354 - 8187 | |
| **Job Duties:** | **Reason For Leaving:** | **Beginning Pay Rate: $ per Year / Hour:** | **Ending Pay Rate: $ per Year / Hour:** |
| direct traffic to new home developments. | found new employment. | 10.00 | 11.50 |

**Gap Explanation:**

EDUCATION

| **School Name:** | **Level:** | **Number of Years Completed:** | **Graduated?** |
|---|---|---|---|
| silverado high school | High school diploma or equivalent | 4 | Yes |
| **City:** | **State:** | **Country:** | **Major / Subject:** |
| victorville | CA | UNITED STATES | general education |
| **School Name:** | **Level:** | **Number of Years Completed:** | **Graduated?** |
| victor valley college | Trade Certificate | 1 | Yes |
| **City:** | **State:** | **Country:** | **Major / Subject:** |
| victorville | CA | UNITED STATES | california correctional certification |
| **School Name:** | **Level:** | **Number of Years Completed:** | **Graduated?** |
| correctional officer training academy | Trade Certificate | 1 | Yes |
| **City:** | **State:** | **Country:** | **Major / Subject:** |
| tucson | AZ | UNITED STATES | arizona correctional certification |

PROFESSIONAL REFERENCES

https://www.hrapply.com/gginc/CandidateResume.jsp?op=print&link=105674          3/12/2013

GEO000011 (INITIAL PRODUCTION 10/03/17)

Page 5 of 5

**Name:**
susana felix

**Occupation:**
customer service representative

**Relationship:**
ex-coworker

**Phone:**
( 562 ) 274 - 5693

**Years Known:**
3

**Name:**
corey daniels

**Occupation:**
security professional

**Relationship:**
coworker

**Phone:**
( 909 ) 726 - 4437

**Years Known:**
1

**Name:**
jose ramos

**Occupation:**
mechanic

**Relationship:**
ex-coworker

**Phone:**
( 928 ) 581 - 6708

**Years Known:**
2

LICENSE INFORMATION

| **Type of License Held:** | **Number:** | **State:** | **Expiration Date:** |
|---|---|---|---|
| california drivers license | d9010349 | CA | 06 / 19 / 2015 |

CERTIFICATION INFORMATION

| **Type of Certification Held:** | **Issue Date:** | **Expiration Date:** |
|---|---|---|
| california correctional certificate | -- / -- / ---- | -- / -- / ---- |
| arizona correctional certificate | -- / -- / ---- | -- / -- / ---- |

SUMMARY/DESCRIPTION
List any experience, skills, or other qualifications (e.g., computer skills, military or police training, etc.) which you believe should be considered in evaluating your application for employment.

correctional officer training in both california and arizona.

| Job Code | Job Title | Status | Score | Apply Date |
|---|---|---|---|---|
| K0070 | MONITOR II | applied | 0 | 10 / 14 / 2012 |
| P9397 | JAIL OFFICER | Rejected | 0 | 10 / 1 / 2012 |
| P9397 | JAIL OFFICER | applied | 0 | 9 / 26 / 2012 |
| P9390 | CORRECTIONAL OFFICER | Rejected | -200 | 9 / 24 / 2012 |
| P9390 | DETENTION OFFICER | Candidate | 0 | 9 / 24 / 2012 |
| K0070 | P/T MONITOR I | applied | 0 | 8 / 27 / 2012 |

GEO000012 (INITIAL PRODUCTION 10/03/17)

# Initial Screening Questions

Name: _EMANEL SANTIAGO_          Date: _05/09/12_

Position Applying For: _DETENTION Officer_

1. Do you feel you would be able to pass a comprehensive credit check? (Y) N

2. Have you ever been convicted of a felony or misdemeanor?  Y (N)
   - If yes, what was the final disposition?

3. Can you provide a work history for the past 10 years to include month and year of hire and job title? (Y) N

4. Can you provide personal address information for the past 10 years? (Y) N

5. Within the next few days, can you provide 6-7 personal references to include name, complete address and phone number of persons you have known for the past 10 years? (Y) N

6. Can you provide valid proof of identity? (Y) N

7. Can you provide valid proof of Citizenship or Naturalization? (Y) N

8. Can you provide a valid High School Diploma or GED? (Y) N

9. Have you ever worked for a Bureau of Prisons (BOP) facility in the past? (Y) N
   - If yes, please state location.  _YUMA, AZ_

10. Are there specific times that you cannot work?  Y (N)
    - If yes, state your availability.

11. Are you a former ACCF employee?  _NO_
    - If so what was your position?

**NEW HIRE QUESTIOINNAIRE**

Name ___Steve Lechuga___

Applicant Name: ___Emanuel Santiago___                    (+) 1 (2) 3 4 5 (-)
Date: _____
Position: _____

Is there anything that would prevent you from receiving a clearance from the government? Yes__No X. Do you have an arrest record? Yes__No X. Do you have any history of convictions, financial problems, Explain.. No.

Why do you want to work in corrections? To utilize my experience & to serve my community in the best way I know how.

What do you think Detention Officers does? Maintains the safety of staff & inmates alike & ensures such inmates remain in custody.

Are you able to work all shifts, all days, including weekends and holidays?  Mandatory overtime? Yes X No__

Do you have any supervisory experience?  Yes X No__

Do you have a telephone and transportation available?  Yes X No__

Do you have any previous experience in Corrections/Law Enforcement?  Yes X No__

Do you have any education in Corrections (i.e. law enforcement or criminal justice)?  Yes X No__

Any concerns over being on Probation for the first three (3) months?  Note that Probation will be on rotation for each shift AND 4-month rotations thereafter. No

Do you speak, read or write a second language?  Yes X No__
   Some spanish.

Have you ever been convicted of a crime felony or misdemeanor or had any of those expunged? If so what are the details? No.

We drug test, do you have a problem with that?  Yes__No X

Are you a US citizen or legally able to work in the U.S.?  Yes X No __

Do you have family members with Immigration problems?  Yes __ No X

Do you have a problem working with staff or detainees of the opposite gender?  Yes __ No X

Are you familiar with standard health precautions against air and blood borne pathogens?  Yes X No __
Do you have any concerns about working with detainees with AIDS, TB and other similar diseases?  Yes __ No X

Do you believe you are able to deal with the sexual comments made by some detainees?  Yes X No __

What do you expect to gain by your employment here at GEO?  *A good career & more experience to better myself*

When are you available for work?  *ASAP*

What questions do you have?

GEO000015 (INITIAL PRODUCTION 10/03/17)

# EMANUEL SANTIAGO
9630 TOKAY DR.
FONTANA, CA 92335
760-887-6716
e_santiago18@yahoo.com

## OBJECTIVE

A dynamic position with a sound organization which will utilize my experience and provide an opportunity for continued growth.

## EMPLOYMENT

| 10/2011-present | **Universal Protection Service, Riverside, CA** |
| | **Security Professional** |

- Maintain security of assigned property/structure.
- Prevent company losses and damages to property.
- Log all persons and vehicles entering/exiting property and direct entering vehicles to assigned locations.
- Visually search all persons exiting facility to prevent company losses.

| 06/2010-10/2011 | **Arizona Department of Corrections, Yuma, AZ** |
| | **Correctional Officer** |

- Maintain safety and security of the public, staff and inmates alike.
- Supervise inmate activities and movement at all times to ensure safe environment and to maintain custody of such inmates.
- Respond to emergency situations within the unit effectively and in a timely manner to isolate any issue and to prevent situation from escalating.
- Maintain written records of daily activities.
- Make note of any suspicious activity and complete information reports and work orders as required.

| 04/2010-06/2010 | **Universal Protection Service, Riverside, CA** |
| | **Security Professional** |

- Maintain security of assigned property/structure.
- Prevent company losses and damages to property.
- Log all persons and vehicles entering/exiting property and direct entering vehicles to assigned locations.
- Visually search all persons exiting facility to prevent company losses.

| 09/2009-05/2010 | **Ozburn Hessey Logistics, Ontario, CA** |
| | **Material Handler** |

- Pick and scan out items in pre-assigned orders using an RF gun.
- Separate product and store in assigned location according to labels.
- Properly label incoming product.
- Palletize and wrap outgoing product and properly label
- Maintain a clean work environment.

GEO000016 (INITIAL PRODUCTION 10/03/17)

**10/2008-09/2009**          **Staffmark, Ontario, CA**

- Pick and scan out items in pre-assigned orders using an RF gun.
- Separate product and store in assigned location according to labels.
- Properly label incoming product.
- Palletize and wrap outgoing product and properly label
- Maintain a clean work environment.

**10/2007-09/2008**          **Red Lobster, Victorville, CA**
                             **Busser**

- Maintain a clean dining environment
- Provide Customer Service
- Maintain and organize service stations

**12/2005-10/2007**          **Creative Outdoor Advertising, Riverside, CA**
                             **Human Directional**

- Responsible for directing traffic to new home developments

## EDUCATION

High School Diploma - Silverado High School - Victorville, CA
Received College Course Credits - Victor Valley College - Victorville, CA
Arizona Correctional Certificate – Correctional Officer Training Academy – Tucson, AZ

## LANGUAGES

English
Basic Spanish

GEO000017 (INITIAL PRODUCTION 10/03/17)

# EXHIBIT 9

## Santiago's Pay Raise

**PERSONNEL ACTION FORM (PAF)**
RATE CHANGES, TRANSFERS OR TERMINATIONS

GEO
The GEO Group, Inc.

Prepared By: Liz Lopez

| Date Initiated | Effective Date | Employee's Last Name | First | Middle | Employee Identification Number | Date of Hire |
|---|---|---|---|---|---|---|
| 11/05/2013 | 09/18/13 | Santiago | Emanuel | | 176828 | 03/18/13 |

| | PRESENT | | PROPOSED |
|---|---|---|---|

| TRANSFER ACTION | | TRANSFER Reason Code: | |
|---|---|---|---|

| | Employer | Employer |
|---|---|---|
| | USC - GEO CORRECTIONS & DETENTIONS | |
| | Facility Name | Facility Name |
| | 196 - ADELANTO PROCESSING CENTER E | |
| | Department Name | Department Name |
| | 12 - SECURITY OPERATIONS | |

| This section must be completed for all Transfer or Salary Actions. | Position Title | Position Code | Position Title | Position Code |
|---|---|---|---|---|
| | Detention Officer | 19677A | Detention Officer | 19677A |
| | Employee Status | Standard Hours/Week | Employee Status | Standard Hours/Week |
| | HFTR | 40 | HFTR | 40 |
| | Supervisor ID | Supervisor Name | | |

| SALARY ACTION | | SALARY Reason Code: | 04A - CBA Negotiated - Change | |
|---|---|---|---|---|
| | If currently NON-EXEMPT, enter hourly rate: | If current EXEMPT, enter salaried rate: | New Hourly or Annual Salary | Enter Proposed Percentage Increase |
| | $16.2200 | | $17.0300 | 4.99% |
| | Shift Differential: | | Shift Differential: | |
| | Status Code/Rate Test: | OK | Next Review Date: | |
| | FLSA Minimum Wage Test: | | FLSA Minimum Wage Test: | |

| LEAVE NOTIFICATION | | Leave Notification Code: | |
|---|---|---|---|
| | Enter Leave Date: | | Enter Return Date: |

| TERMINATION ACTION | | Termination Action Code: | |
|---|---|---|---|
| | Voluntary or Involuntary: | | Enter Last Day Worked: |
| | Was Full Time Work Available: | | Did Employee Refuse Work: |
| | Unused Vacation Hours: | | Number of Days Notice: |
| | Is employee eligible for rehire: | | |

| REMARKS / AUTHORIZATIONS REQUIRED | End of 6 month probation wage increase per CBA |
|---|---|

| Facility's HR Representative | Facility's Business Manager/Department Head |
|---|---|
| Print Name: Liz Lopez | Print Name: Gregory Hillers |
| Signature: _____ Date 11/05/13 | Signature: _____ Date 11-6-13 |
| Facility Administrator/Warden or Business Unit Head | Regional/Corporate Representative |
| Print Name: A. Neil Clark | Print Name: |
| Signature: A. Neil Clark Date 11-6-13 | Signature: _____ Date 11-6-13 |

Human Resources Use Only

| | Date Entered in HRIS | 11/6/13 | Corp. Compensation (if needed): | |
|---|---|---|---|---|

Revised: 6/20/2013

HR-812

# EXHIBIT 10

Change to Full Time Employment Status

**PERSONNEL ACTION FORM (PAF)**
RATE CHANGES, TRANSFERS OR TERMINATIONS

**GEO** The GEO Group, Inc.

Prepared By:

| Date Initiated | Effective Date | Employee's Last Name | First | Middle | Employee Identification Number | Date of Hire |
|---|---|---|---|---|---|---|
| 04/09/2013 | 04/15/13 | Santiago | Emmanuel | | 176828 | 03/18/13 |

| | PRESENT | PROPOSED |
|---|---|---|

**TRANSFER ACTION**  TRANSFER Reason Code: 00 - Transfer within Facility

| This section must be completed for all Transfer or Salary Actions. | PRESENT | PROPOSED |
|---|---|---|
| | Employer | Employer |
| | USC - GEO CORRECTIONS & DETENTIONS | USC - GEO CORRECTIONS & DETENTIONS |
| | Facility Name | Facility Name |
| | 196 - ADELANTO PROCESSING CENTER EA | 196 - ADELANTO PROCESSING CENTER EA |
| | Department Name | Department Name |
| | 12 - SECURITY OPERATIONS | 12 - SECURITY OPERATIONS |
| | Position Title / Position Code | Position Title / Position Code |
| | Part Time Detention Officer / 19677H | Detention Officer / 19677A |
| | Employee Status HPTR / Standard Hours/Week 20 | Employee Status HFTR / Standard Hours/Week 40 |

**SALARY ACTION**  SALARY Reason Code:

If currently NON-EXEMPT, enter hourly rate: | If current EXEMPT, enter salaried rate: | New Hourly or Annual Salary | Enter Proposed Percentage Increase
Shift Differential: | | Shift Differential:
Status Code/Rate Test: | | Next Review Date:
FLSA Minimum Wage Test: | | FLSA Minimum Wage Test:

**LEAVE NOTIFICATION**  Leave Notification Code:
Enter Leave Date: | Enter Return Date:

**TERMINATION ACTION**  Termination Action Code:
Voluntary or Involuntary: | Enter Last Day Worked:
Was Full Time Work Available: | Did Employee Refuse Work:
Unused Vacation Hours: | Number of Days Notice:
Is employee eligible for rehire:

**REMARKS / AUTHORIZATIONS REQUIRED**  Employee Transfer to full-time position from part-time effective 4/15/2013.

Facility's HR Representative Print Name: Alda Aldape Signature: 04/08/13
Facility's Business Manager/Department Head Print Name: Dean Macur Signature: 04/08/13
Facility Administrator/Warden or Business Unit Head Print Name: Mark Bowen Signature: 04/08/13
Regional/Corporate Representative Print Name: Jeff Wrigley Signature: 04/08/13

Human Resources Use Only
Revised 1/26/2013 | Date Entered in HRIS 4/17/13 | Corp. Compensation (if needed): | HR-812

GEO000022 (INITIAL PRODUCTION 10/03/17)

**PERSONNEL ACTION FORM (PAF)**
RATE CHANGES, TRANSFERS OR TERMINATIONS

GEO
The GEO Group, Inc.

Prepared By:

| Date Initiated | Effective Date | Employee's Last Name | First | Middle | Employee Identification Number | Date of Hire |
|---|---|---|---|---|---|---|
| 04/09/2013 | 04/15/13 | Santiago | Emmanuel | | 176828 | 03/18/13 |

| | PRESENT | PROPOSED |
|---|---|---|

**TRANSFER ACTION**

TRANSFER Reason Code: 00 - Transfer within Facility

| | PRESENT | PROPOSED |
|---|---|---|
| Employer | USC - GEO CORRECTIONS & DETENTIONS | USC - GEO CORRECTIONS & DETENTIONS |
| Facility Name | 196 - ADELANTO PROCESSING CENTER E | 196 - ADELANTO PROCESSING CENTER E |
| Department Name | 12 - SECURITY OPERATIONS | 12 - SECURITY OPERATIONS |

This section must be completed for all Transfer or Salary Actions.

| Position Title | Position Code | Position Title | Position Code |
|---|---|---|---|
| Part Time Detention Officer | 19677H | Detention Officer | 19677A |

| Employee Status | Standard Hours/Week | Employee Status | Standard Hours/Week |
|---|---|---|---|
| HPTR | 20 | HFTR | 40 |

**SALARY ACTION**

SALARY Reason Code:

| If currently NON-EXEMPT, enter hourly rate: | If current EXEMPT, enter salaried rate: | New Hourly or Annual Salary | Enter Proposed Percentage Increase |
|---|---|---|---|
| Shift Differential: | | Shift Differential: | |
| Status Code/Rate Test: | | Next Review Date: | |
| FLSA Minimum Wage Test: | | FLSA Minimum Wage Test: | |

**LEAVE NOTIFICATION**

Leave Notification Code:

| Enter Leave Date: | Enter Return Date: |
|---|---|

**TERMINATION ACTION**

Termination Action Code:

| Voluntary or Involuntary: | Enter Last Day Worked: |
|---|---|
| Was Full Time Work Available: | Did Employee Refuse Work: |
| Unused Vacation Hours: | Number of Days Notice: |
| Is employee eligible for rehire: | |

**REMARKS / AUTHORIZATIONS REQUIRED**

Employee Transfer to full-time position from part-time effective 4/15/2013.

| Facility's HR Representative | Facility's Business Manager/Department Head |
|---|---|
| Print Name: Aida Aldape | Print Name: Dean Macur |
| Signature: 04/08/13 | Signature: 04/08/13 |
| Facility Administrator/Warden or Business Unit Head | Regional/Corporate Representative |
| Print Name: Mark Bowen | Print Name: Jeff Wrigley |
| Signature: 04/08/13 | Signature: J. Wrigley 04/08/13 |

Human Resources Use Only

| Date Entered in HRIS | Corp. Compensation (if needed): |
|---|---|

Revised: 1/28/2013

HR-812

GEO000023 (INITIAL PRODUCTION 10/03/17)

# EXHIBIT 11

## Certificates



The Arizona Correctional Officer Training Academy

certifies that

Emanuel Santiago

has successfully completed the Arizona POST approved Basic Correctional Officers Course COTA Class 887 August 6, 2010 and is awarded this certificate

_____
Academy Commander

_____
Executive Director
Arizona Peace Officer
Standards and Training Board

_____
Director
Arizona Department of Corrections

GEO000038 (INITIAL PRODUCTION 10/03/17)

Rio Salado College

Be it known that

Emanuel Santiago

Is awarded this Certificate of Completion

Basic Corrections

Given in the month of September, two thousand ten.

President of the College

Associate Dean

GEO000039 (INITIAL PRODUCTION 10/03/17)

# Certificate of Appreciation

THIS CERTIFICATE IS AWARDED TO

## COII. EMANUEL SANTIAGO

*In recognition for continued service and dedication to duty. Your loyalty and attention to detail has brought great credit to Yuma Complex and the Department of Corrections.*

R. ALLEN BOCK, WARDEN, ASPC-YUMA



GEO000040 (INITIAL PRODUCTION 10/03/17)



# Silverado High School

Victorville, California

*This Certifies That*

## Emanuel Santiago

*has completed a Course of Studies in accordance with the requirements of the State Board of Education and the Board of Trustees of the Victor Valley Union High School District for Graduation from the School and is therefore awarded this*

## Diploma

*Given this month of June, two thousand and seven.*

President of the Board  District Superintendent

Clerk of the Board  Principal

GEO000041 (INITIAL PRODUCTION 10/03/17)

# EXHIBIT 12

Performance Reviews

# Performance Evaluation    Correctional Officer

(Applicable to these job titles: Correctional Officer, Housing/Escort Officer, Recreation Officer, Sanitation Officer)


The GEO Group, Inc.

| Employee ID  176828 | Employee Name  Emanuel, Santiago | |
|---|---|---|
| Title  Detention Officer | Review Date 02/24/2014 | Next Review Date 02/24/2015 |
| Review Period  ☒ Annual      ☐ Introductory      ☐ Close-Out (prior to transfer/promotion) | | |

Rating columns: Above Expectation | Acceptable | Below Expectation

| # | Category | Above Expectation | Acceptable | Below Expectation |
|---|---|---|---|---|
| 1. | **Attendance and Punctuality** – Reports to work on time and as scheduled | ☒ | ☐ | ☐ |
| 2. | **Conduct** – Conducts oneself honorably, with maturity and integrity | ☐ | ☒ | ☐ |
| 3. | **Communication** – Expresses oneself verbally and in writing in a way that is readily understood | ☐ | ☒ | ☐ |
| 4. | **Dependability** – Exhibits flexibility with new assignments, projects, and demands of work environment | ☐ | ☒ | ☐ |
| 5. | **Incident or Emergency Management** – Follows appropriate policies and procedures | ☐ | ☒ | ☐ |
| 6. | **Interaction with Residents/Patients** – Relates and responds appropriately with residents/patients | ☒ | ☐ | ☐ |
| 7. | **Responsibility** – Follows policies, procedures, guidelines, and assignments | ☒ | ☐ | ☐ |
| 8. | **Leadership** – Serves as a positive role model and sets a good example for others | ☐ | ☒ | ☐ |
| 9. | **Problem Solving** – Identifies problems and implements acceptable solutions | ☐ | ☒ | ☐ |
| 10. | **Work Ethic** – Performs duties professionally, timely, and responsibly | ☒ | ☐ | ☐ |
| 11. | **Relationships with People** – Deals effectively with clients, visitors, management, employees, inmates/detainees/residents | ☐ | ☒ | ☐ |
| 12. | **Teamwork** – Cooperates with others to achieve common goals | ☐ | ☒ | ☐ |
| 13. | **Technical Skills and Training** – Demonstrates knowledge, abilities, and competence | ☐ | ☒ | ☐ |
| 14. | **Time Management** – Uses time wisely in an effective and efficient manner | ☐ | ☒ | ☐ |

OVERALL PERFORMANCE RATING............  ☐ ☒ ☐

*(Use additional sheet if necessary)*

**RECOGNITION** – Provide examples where employee demonstrated excellent performance or exceeded expectations.

Officer E.Santiago works third shift and is asigned to a Post Relief Position. Officer E.Santiago presents himself is a professional manner. While working the unit  and he interacts with the detainees respectfully. He always shows up to work on time with a "can do" attitude. He is a reliable officer. When officer E.Santiago is at work he demonstrates a team work mentality and is capable of taking the initiative to get the job done. Officer E.Santiago is a young officer who has accomplished a lot and is well on his way to becoming an asset upon the watch.

## PERFORMANCE GOALS

Has employee been formally disciplined during review period?  ☒ No   ☐ Yes, provide reason _____

Does employee need improvement in any area?  ☒ No   ☐ Yes, provide reason _____

List employee's developmental needs to meet or exceed expectations.  Stay up to date on policy and procedure.

PERFORMANCE RATING SCORE (Circle One)...   1   2  ③  4   5

**COMMENTS**

Officer E.Santiago has come a long way as an officer and I believe the skills he as aquired over this year will benefit him inside and outside of the work environment.

| Employee's Signature / Date   5- 7 -14 | Supervisor's Name (Print) | Supervisor's Signature / Date   5/7/2014 |
|---|---|---|

| **Manager Review** Date 5/7/14  Initials A | **Facility Administrator Review** Date 5-7-14  Initials | **Human Resources Review** HRIS Entered Date 5-7-14  Initials |
|---|---|---|

**Performance Score Definitions**

1. **DISTINGUISHED**          Performance far exceeds normal requirements of the job.  Outstanding nature of performance is evident to anyone in a position to observe and evaluate.  Very few are able to reach this level of accomplishment.

REV 10/10

HR-881

# Non-Exempt Performance Evaluation
(Confidential)


The GEO Group, Inc.

| Employee ID  176828 | Employee Name  Emanual Santiago | | |
|---|---|---|---|
| Title  Detention Officer | Review Date 03-05-2015 | Next Review Date  03-18-2016 | |
| Review Period  ☒ Annual | ☐ Introductory | ☐ Close-Out (prior to transfer/promotion) | |

|  | Above Expectation | Acceptable | Below Expectation |
|---|---|---|---|
| 1. **Attendance and Punctuality** – Reports to work on time and as scheduled | ☐ | ☒ | ☐ |
| 2. **Conduct** – Conducts oneself honorably, with maturity and integrity | ☐ | ☒ | ☐ |
| 3. **Communication** – Expresses oneself verbally and in writing in a way that is readily understood | ☐ | ☒ | ☐ |
| 4. **Dependability** – Exhibits flexibility with new assignments, projects, and demands of work environment | ☒ | ☐ | ☐ |
| 5. **Responsibility** – Follows policies, procedures, guidelines, and assignments | ☐ | ☒ | ☐ |
| 6. **Leadership** – Serves as a positive role model and sets a good example for others | ☐ | ☒ | ☐ |
| 7. **Problem Solving** – Identifies problems and implements acceptable solutions | ☐ | ☒ | ☐ |
| 8. **Work Ethic** – Performs duties professionally, timely, and responsibly | ☒ | ☐ | ☐ |
| 9. **Relationships with People** – Deals effectively with clients, visitors, management, employees, inmates/detainees/residents | ☐ | ☒ | ☐ |
| 10. **Teamwork** – Cooperates with others to achieve common goals | ☐ | ☒ | ☐ |
| 11. **Technical Skills and Training** – Demonstrates knowledge, abilities, and competence | ☐ | ☒ | ☐ |
| 12. **Time Management** – Uses time wisely in an effective and efficient manner | ☐ | ☒ | ☐ |
| **OVERALL PERFORMANCE RATING** | ☐ | ☒ | ☐ |

*(Use additional sheet if necessary)*

**RECOGNITION** – Provide examples where employee demonstrated excellent performance or exceeded expectations.
Officer Santiago is very dependable, and is able to perform duties for all posts.  He accepts new assignments and is able to work with his co-workers to get the job done.  He is very professional, comes to work on time, and is responsible.

## PERFORMANCE GOALS
Has employee been formally disciplined during review period?  ☒ No  ☐ Yes, provide reason _____

Does employee need improvement in any area? ☒ No  ☐ Yes, provide reason _____

List employee's developmental needs to meet or exceed expectations. _____

**PERFORMANCE RATING SCORE (Circle One)...  1  2 ③ 4  5**

## COMMENTS
Officer Santiago is well liked by his peers and is a dependable employee.  He is not late and does not abuse sick time.  He is a member of the CERT team and he is willing and able to complete any tasks assigned to him.

_____ 3-6-15    C.S. MAYS    _____ 3-6-15
Employee's Signature / Date    Supervisor's Name (Print)    Supervisor's Signature / Date

| **Manager Review** | **Facility Administrator Review** | **Human Resources Review** |
|---|---|---|
| Date 5\|6   Initials | Date   Initials | HRIS Entered Date 3\|6\| Initials |

**Performance Score Definitions**
1. DISTINGUISHED — Performance far exceeds normal requirements of the job.  Outstanding nature of performance is evident to anyone in a position to observe and evaluate.  Very few are able to reach this level of accomplishment.
2. COMMENDABLE — Performance clearly exceeds the requirements of the job and is worthy of special note.  Accomplishment indicates extra thought, effort, imagination, and results.
3. COMPETENT — Performance clearly meets the requirements of the position.  Continued performance at this level would be perfectly acceptable.  Accomplishment reflects a solid level of performance.
4. NEEDS IMPROVEMENT — Performance is below Competent.  Employee must improve because continued performance at this level is unacceptable.
5. UNACCEPTABLE — Performance is clearly unsatisfactory and below expectations.

REV 10/10 NP

HR-862

GEO000032 (INITIAL PRODUCTION 10/03/17)