AMIR MOSTAFAVI, ESQ. (SBN: 282372)
**MOSTAFAVI LAW GROUP, APC**
11835 W Olympic Blvd., STE 1055
Los Angeles, California 90064
Telephone: (310) 473-1111
Facsimile: (310) 473-2222
amir@mostafavilaw.com

Attorneys for Plaintiff EMANUEL SANTIAGO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL SANTIAGO, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>THE GEO GROUP, INC., a Florida Corporation dba GEO CALIFORNIA, INC.; GEO Corrections and Detention, LLC; DOES 1-10, individuals, and DOES, 11-20, business entities inclusive,<br><br>DEFENDANTS. | Case No. 5:16-cv-02263-DOC-KK<br><br>**[PROPOSED] ORDER FOR PLAINTIFF EMANUEL SANTIAGO**<br><br>*[Filed concurrently: Memorandum of Points and Authorities; Statement of Genuine Disputes of Material Facts; Evidentiary Objections; Declarations; Request for Judicial Notice, and Evidence]*<br><br>Assigned to: Hon. David O. Carter<br>Date: December 18, 2017<br>Time: 8:30 a.m.<br>Courtroom: 9D – 9th Floor<br><br>Action Filed: July 18, 2016<br>Trial: January 23, 2017 |

1
[PROPOSED] ORDER FOR PLAINTIFF EMANUEL SANTIAGO

# ORDER

This action came on for hearing before the Court, on December 18, 2017, The Hon. David O. Carter, District Judge Presiding, on a Motion for Summary Judgment, or in the alternative Partial Summary Judgment and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, **IT IS ORDERED AND ADJUDGED** that Defendant GEO GROUP, INC., dba GEO CALIFORNIA, INC.; GEO Corrections and Detention, LLC's Motion for Summary Judgment is _____.

**OR IN THE ALTERNATIVE,**

**IT IS HEREBY ORDERED** that GEO GROUP, INC., dba GEO CALIFORNIA, INC.; GEO Corrections and Detention, LLC has failed to show by admissible evidence and reasonable inference therefrom, not contradicted by other evidence and reasonable inferences, that there is no triable issue of any material fact with respect to the following issues and therefore, it is hereby **ORDERED AND ADJUDGED** that:

**Noticed Issue No. 1**: Defendant's summary adjudication on Plaintiff's first cause of action for "Failure to Prevent Discrimination and Retaliation in Violation of Government Code Section 12940(K)" is _____.

**Noticed Issue No. 2**: Defendant's summary adjudication on Plaintiff's second cause of action for "Discrimination Based On Gender In Violation of Government Code Section 12940" is _____.

**Noticed Issue No. 3**: Defendant's summary adjudication on Plaintiff's third cause of action for "Wrongful Termination In Violation of Public Policy" is _____.

**Noticed Issue No. 4**: Defendant's summary adjudication on Plaintiff's fourth cause of action for "Unfair Business Practices in Violation of Business and Professions Code Section 17200, Et Seq." is _____.

**Noticed Issue No. 5**: Defendant's summary adjudication on Plaintiff's fifth

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD. STE 1055, LOS ANGELES, CA 90064

cause of action for "Retaliation in Violation of Labor Code Section 1102.5" is _____.

**Noticed Issue No. 6**: Defendant's summary adjudication on Plaintiff's sixth cause of action for "Failure To Provide Rest & Meal Periods," is _____.

**Noticed Issue No. 7**: Defendant's summary adjudication on Plaintiff's seventh cause of action for "Failure to Pay State Overtime Compensation Under California Labor Code Sections 510 and 1194" is _____.

**Noticed Issue No. 8**: Defendant's summary adjudication on Plaintiff's eighth cause of action for "Failure to Provide Accurate Wage Statements" is _____.

**Noticed Issue No. 9**: Defendant's summary adjudication on Plaintiff's ninth cause of action for "Failure to Pay Wages Timely Upon Termination Under Labor Code Section 203" is _____.

**Noticed Issue No. 10**: Defendant's summary adjudication on Plaintiff's tenth cause of action for "Failure to Pay Wages On Regularly Established Paydays" is _____.

**Noticed Issue No. 11**: Defendant's summary adjudication on Plaintiff's prayer for punitive damages is _____.

**IT IS SO ORDERED**.

Dated: _____, 2017

_____
David O. Carter
United states district court judge

[PROPOSED] ORDER FOR PLAINTIFF EMANUEL SANTIAGO