AMIR MOSTAFAVI, ESQ. (SBN: 282372)
**MOSTAFAVI LAW GROUP, APC**
11835 W Olympic Blvd., STE 1055
Los Angeles, California 90064
Telephone: (310) 473-1111
Facsimile: (310) 473-2222
amir@mostafavilaw.com

Attorneys for Plaintiff EMANUEL SANTIAGO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMANUEL SANTIAGO, an
individual,

        PLAINTIFF,

vs.

THE GEO GROUP, INC., a Florida
Corporation dba GEO CALIFORNIA,
INC.; GEO Corrections and Detention,
LLC; DOES 1-10, individuals, and
DOES, 11-20, business entities
inclusive,

        DEFENDANTS.

Case No. 5:16-cv-02263-DOC-KK

**[PROPOSED] JOINT EXHIBIT LIST**

[L.R. 16-6]

Assigned to: Hon. David O. Carter
Courtroom: 9D – 9th Floor

Action Filed: July 18, 2016
Pretrial Conference: January 16, 2018
Trial Date: January 16, 2018

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Personnel Action Form (PAF), dated September 2, 2015, indicating involuntary termination of Emanuel Santiago<br><br>GEO000001 | | |
| 2. | Personnel Actions Update, dated September 10, 2015, indicating termination status of Emanuel Santiago<br><br>GEO000002 | | |
| 3. | Personnel Action Form (PAF), dated August 6, 2015, indicating administrative leave notification of Emanuel Santiago.<br><br>GEO000003 | | |
| 4. | August 6, 2015, Correspondence from Warden James Janecka to Emanuel Santiago<br><br>GEO000004 | | |
| 5. | Employee Data form of Emanuel Santiago dated February 21, 2013<br><br>GEO000005 | | |
| 6. | Emergency Contact Information sheet signed by Emanuel Santiago on March 18, 2017<br><br>GEO000006 | | |
| 7. | Conditional Offer of Employment | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | from Aida Aldape to Emanuel Santiago dated March 1, 2013<br><br>GEO000007 |  |  |
| 8. | Candidate Profile of Emanuel Santiago from March 12, 2013<br><br>GEO000008-12 |  |  |
| 9. | Initial Screening Questions of Emanuel Santiago, dated May 9, 2012<br><br>GEO000013 |  |  |
| 10. | New Hire Questionnaire of Applicant Emanuel Santiago<br><br>GEO000014-15 |  |  |
| 11. | Resume of Emanuel Santiago<br><br>GEO000016-17 |  |  |
| 12. | Silverado High School Diploma of Emanuel Santiago<br><br>GEO000018, 41 |  |  |
| 13. | Personnel Action Form (PAF), dated August 5, 2014, indicating FMLA leave of Emanuel Santiago<br><br>GEO000019 |  |  |
| 14. | Personnel Action Form (PAF), dated October 3, 2013 indicating the end of six month probation and wage increase per the Collective Bargaining |  |  |

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Agreement<br><br>GEO000020 |  |  |
| 15. | Personnel Action Form (PAF), dated November 5, 2013 indicating the end of six month probation and wage increase for Emanuel Santiago per the Collective Bargaining Agreement<br><br>GEO000021 |  |  |
| 16. | Personnel Action Form (PAF), dated April 9, 2013 indicating Emanuel Santiago's transfer to full-time position from part-time effective April 15, 2013<br><br>GEO000022 |  |  |
| 17. | Attachment "G" to The GEO Group, Inc. Personally Owned Vehicle Business Use Agreement for Emanuel Santiago<br><br>GEO000024, 30-31 |  |  |
| 18. | Attachment "F" to The GEO Group, Inc. GEO Owned/Leased Vehicle Business Use Agreement of Emanuel Santiago<br><br>GEO000025-29 |  |  |
| 19. | Non-Exempt Performance Evaluation of Emanuel Santiago dated March 5, 2015 |  |  |

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | GEO000032 | | |
| 20. | Memorandum to Emanuel Santiago dated March 26, 2014 Re: Releasing Detainees to Chow GEO000033 | | |
| 21. | Performance Evaluation – Correction Officer of Emanuel Santiago dated February 24, 2014 GEO000034 | | |
| 22. | HIPAA Privacy and Security Confidentiality Statement signed by Emanuel Santiago on April 24, 2015 GEO000035 | | |
| 23. | HIPAA Privacy and Security Confidentiality Statement signed by Emanuel Santiago on December 1, 2013 GEO000036 | | |
| 24. | Employee Handbook Acknowledgment 2013, signed by Emanuel Santiago on September 25, 2013 GEO000037 | | |
| 25. | Certificate from The Arizona Correctional Officer Training Academy certifying Emanuel Santiago completed the Arizona POST approved Basic Correctional | | |

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Officers Course on August 6, 2010 GEO000038 | | |
| 26. | Rio Salado College Certificate of Completion for Emanuel Santiago for Basic Corrections GEO000039 | | |
| 27. | Certificate of Appreciation awarded to Emanuel Santiago from the Yuma Complex and Arizona Department of Corrections GEO000040 | | |
| 28. | Employee Handbook Acknowledgment March, 2012, signed by Emanuel Santiago on March 18, 2013 GEO000042 | | |
| 29. | GEO Corrections Policy Acknowledgment for Progressive Discipline Policy, Disciplinary action Form, and Employee Disciplinary Appeal Form, signed by Emanuel Santiago on March 18, 2013 GEO000043 | | |
| 30. | The Geo Group, Inc. Policy Acknowledgment and Consent signed by Emanuel Santiago on March 18, 2013 | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD. STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | GEO000044 | | |
| 31. | Suicide Management Intervention Procedures, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000045 | | |
| 32. | Adelanto Detention Center Hostage Acknowledgment, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000046 | | |
| 33. | The GEO Group, Inc. Adelanto Detention Center Employee Conduct, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000047 | | |
| 34. | The GEO Group, Inc. Adelanto Detention Center secondary employment  request process, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000048 | | |
| 35. | The GEO Group, Inc. Adelanto Detention Center Memorandum of Understanding – Position on Use of Force by Facility Employees, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000049-50 | | |
| 36. | The GEO Group, Inc. Adelanto Detention Facility Expectation of | | |

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Privacy, signed by Emanuel Santiago on March 18, 2013 GEO000051 | | |
| 37. | ADA Training Acknowledgement Form, signed by Emanuel Santiago on March 18, 2013 GEO000052 | | |
| 38. | FLMA Training Acknowledgment Form, signed by Emanuel Santiago on March 18, 2013 GEO000053 | | |
| 39. | Sexual Harassment Training Acknowledgment Form, signed by Emanuel Santiago on March 18, 2013 GEO000054 | | |
| 40. | Acknowledgment/Receipt of policy on The GEO Group, Inc.'s Employee Assistance Program, signed by Emanuel Santiago on March 18, 2013 GEO000055 | | |
| 41. | Acknowledgment/Receipt of policy on The GEO Group, Inc.'s Code of Business Conduct and Ethics, signed by Emanuel Santiago on March 18, 2013 GEO000056 | | |
| 42. | Acknowledgment/Receipt of policy on The GEO Group, Inc.'s Reporting | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Complaints Regarding Accounting or Auditing Matters, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000057 | | |
| 43. | Acknowledgment/Receipt of policy on The GEO Group, Inc.'s Absenteeism and Tardiness, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000058 | | |
| 44. | Acknowledgment of The GEO Group, Inc.'s Electronic Information and Communications Policy, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000059 | | |
| 45. | Acknowledgment/Receipt of The GEO Group, Inc.'s policy on Equal Employment Opportunity, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000060 | | |
| 46. | Conditions of Employment signed by Emanuel Santiago on March 18, 2013<br><br>GEO000061 | | |
| 47. | Memorandum Re: Employment Conditions, signed by Emanuel Santiago on March 18, 2013<br><br>GEO000062 | | |
| 48. | Policy Acknowledgment Re: | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Company policies and procedures signed by Emanuel Santiago on March 18, 2013<br><br>GEO000063 | | |
| 49. | Corporate Policy & Procedure Manual, Chapter: Human Resources, Title: Equal Employment Opportunity, Number 3.1.12, Effective May 15, 2014<br><br>GEO000064-65 | | |
| 50. | Corporate Policy & Procedure Manual, Chapter: Fiscal Management, Title: Payroll Processing – Kronos Payroll Processing PROCEDURE, Number 2.2.4-A, Effective July 1, 2015<br><br>GEO000066-68 | | |
| 51. | Earnings Statements of Emanuel Santiago from April 5, 2013 to September 4, 2015<br><br>GEO000069-126 | | |
| 52. | Memorandum Re: Termination Request of Emanuel Santiago, dated August 18, 2015<br><br>GEO000127-128 | | |
| 53. | Disciplinary Action Form for Emanuel Santiago signed on August 13, 2015 and August 18, 2015 | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | GEO000129-131 | | |
| 54. | Memorandum dated August 5, 2015 to Lt. Anderson from D/O Santiago<br><br>GEO000132-133 | | |
| 55. | Memorandum dated August 5, 2015 to Lt. Anderson from E. Marquez<br><br>GEO000134 | | |
| 56. | Memorandum dated August 5, 2015 to Lt. Anderson from D/O J. Mora<br><br>GEO000135 | | |
| 57. | Memorandum dated August 5, 2015 to Lt. R. Anderson from Sgt. A. Soliz<br><br>GEO000136 | | |
| 58. | Memorandum dated August 5, 2015 to Lt. R. Anderson from Sgt. J. Hutchinson<br><br>GEO000137 | | |
| 59. | Memorandum dated August 5, 2015 to Lt. Anderson from D/O DeSoto<br><br>GEO000138 | | |
| 60. | Memorandum dated August 5, 2015 to Captain L. McCusker from Lt. R. Anderson<br><br>GEO000139 | | |

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD. STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 61. | Memorandum dated August 5, 2015 to Lt. Anderson from Z. Darmandzhyan<br><br>GEO000140 | | |
| 62. | Memorandum dated August 5, 2015 to Chief J. Johnson from Lt. Duran<br><br>GEO000141 | | |
| 63. | The GEO Group, Inc. Adelanto California Staffing Plan from June 16, 2015<br><br>GEO000142-143 | | |
| 64. | 2nd Watch Log from August 5, 2015<br><br>GEO000144-146 | | |
| 65. | Sign In/Out From August 5, 2015<br><br>GEO000147 | | |
| 66. | Adelanto Detention Facility, Supervisor Shift Log, Shift: West – 2nd Watch for Wednesday, August 5, 2015<br><br>GEO000148 | | |
| 67. | Adelanto Detention Facility, Supervisor Shift Log, Shift: West – 2nd Watch, Event Log for Wednesday, August 5, 2015<br><br>GEO000149 | | |
| 68. | Adelanto Detention Facility, Policy | | |

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | and Procedure Manual, Chapter: Post Orders, Title: Segregation/Special Management Unit Officer, Number 10.3.7 – ADF, effective February 16, 2015<br><br>GEO000150-160, 188-198 | | |
| 69. | Adelanto Detention Facility, Policy and Procedure Manual, Chapter: Special Management Detainees, Title: Special Management Unit Operations, Number 10.2.11 – ADF, effective February 16, 2015<br><br>GEO000161-177, 199-215 | | |
| 70. | GEO 40 Hour Certification for Special Housing Unit (SHU), Officer-in Training for Emanuel Santiago from June 2, 2015 to July 2, 2015<br><br>GEO000178-198 | | |
| 71. | UGOSA Local 880, Disciplinary Appeal, dated August 18, 2015<br><br>GEO000226-228 | | |
| 72. | Undated note to Warden regarding errors in appeal<br><br>GEO000229 | | |
| 73. | Employee Disciplinary Appeal Form for Emanuel Santiago, and attachments, dated August 18, 2015<br><br>GEO000230-232 | | |

MOSTAFAVI LAW GROUP, APC<br>PRACTICE LIMITED IN EMPLOYMENT LAW<br>11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 74. | Memorandum dated August 5, 2015 to COS Johnson from Lt. R. Duran Re: Administrative Segregation Order for Jimmy Irias<br><br>GEO000249 | | |
| 75. | Incident of Prohibited Acts and Notice of Charges for Jimmy Irias dated August 4, 2015<br><br>GEO000250-251 | | |
| 76. | Investigation Report of Jimmy Irias dated August 5, 2015<br><br>GEO000252 | | |
| 77. | Time Detail for Emanuel Santiago from March 15, 2013 to September 5, 2015<br><br>GEO000258-327 | | |
| 78. | Disciplinary Action Form of Elizabeth Marquez, signed April 11, 2016<br><br>GEO000328-329 | | |
| 79. | August 6, 2015, Correspondence from Aida Aldape to Elizabeth Marquez<br><br>GEO000330 | | |
| 80. | April 29, 2016, Correspondence from Jocelyn Siguenza to Elizabeth Marquez<br><br>GEO000331 | | |

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 81. | Memorandum Re: Termination Request of Elizabeth Marquez, dated April 8, 2016<br><br>GEO000332-333 | | |
| 82. | Adelanto Detention Facility Collective Bargaining Agreement Between United Government Security Officers of America International Union, and its Local # 880, Effective Dates: July 3, 2015-July 2, 2018<br><br>GEO000334-364 | | |
| 83. | Break Logs for Emanuel Santiago<br><br>GEO000365-617 | | |
| 84. | Corporate Policy & Procedure Manual, Chapter: Human Resources, Title: Unpaid Leave of Absence, Number 3.4.2, Effective May 2, 2013<br><br>GEO000618-624 | | |
| 85. | Email Correspondence between Aida Aldape, Sandra Gyenes and Jocelyn Siguenza from August 28, 2015 to September 2, 2015<br><br>GEO000625-628 | | |
| 86. | PBNDS 2011, Page 96 Re: Facility Security and Control<br><br>SANTIAGO001 | | |
| 87. | Adelanto Detention Facility, Policy | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD. STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | and Procedure Manual, Chapter: Post Orders, Title: Segregation/Special Management Unit Officer, Number 10.3.7 – ADF, effective June 16, 2015  SANTIAGO003-13 | | |
| 88. | Special Management Unit Housing Record of Jimmy Irias received July 27, 2015  SANTIAGO017 | | |
| 89. | Memorandum dated August 7, 2015 from D/O Shelton to D/O Nowicki  SANTIAGO019 | | |
| 90. | Collective Bargaining Agreement Between The GEO Group, Inc. and United Government Security Officers of America, International Union and its Affiliated Local 880  SANTIAGO020-64 | | |
| 91. | Correspondence from UGOSA Local 880 to Warden Janecka received October 13, 2015  SANTIAGO070 | | |
| 92. | Razor Log  SANTIAGO071 | | |
| 93. | Desert View Medium Community Correctional Facility and Adelanto Detention Facilities (Adelanto East and West) Collective Bargaining | | |

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Agreement between the GEO Group, Inc. (GEO) and International Union, Security, Policy and Fire Professionals of America (SPFPA) and its Amalgamated Local 151, Effective February 25, 2011 – February 24, 2014 (attached as Exhibit G-2 to the Declaration of James Janecka in Support of Defendants' Notice of Motion and Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication)<br><br>Dkt. No. 40-2, Pg. 158-202 | | |
| 94. | Video File No. 20150805T165354-20150805T165450 | | |
| 95. | Video File No. 20150805T165211-20150805T165411 | | |
| 96. | Video File No. 20150805T165345-20150805T165403 | | |
| 97. | Video File No. 20150805T165512-20150805T165735 | | |
| 98. | Plaintiff's employment records with G4S | | |
| 99. | Plaintiff's Responses to Defendants' Request for Production, Set One | | |
| 100. | Plaintiff's Responses to Defendants' | | |

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Special Interrogatories, Set One | | |
| 101. | Defendants' Responses to Plaintiff's Special Interrogatories, Set One | | |
| 102. | Defendants' Responses to Plaintiff's Request for Production, Set One | | |
| 103. | Defendants' Responses to Plaintiff's Requests for Admission, Set One | | |
| 104. | Defendants' Supplemental Responses to Plaintiff's Special Interrogatories, Set One | | |
| 105. | Defendants' Supplemental Responses to Plaintiff's Request for Production, Set One | | |
| 106. | Defendants' Supplemental Responses to Plaintiff's Requests for Admission, Set One | | |
| 107. | Defendants' Second Supplemental Responses to Plaintiff's Requests for Admission, Set One | | |
| 108. | West Building Layout | | |
| 109. | West Building Layout – Close-up | | |
| 110. | Unit Disciplinary Committee Report of Findings and Actions Re Detainee Jimmy Irias | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | GEO000253 | | |
| 111. | Video File No. 20150805T165443-20150805T165607 | | |
| 112. | Adelanto - Inspections Policy | | |
| 113. | Adelanto - West Bloc Diagram | | |
| 114. | Class Action - Claim Form | | |
| 115. | Class Action - Mtn for Settlement Approval | | |
| 116. | Class Action - Settlement Agreement - Exhibit | | |
| 117. | Class Action - Opt-out | | |
| 118. | Class Action - Settlement Agreement | | |
| 119. | Dec of Hutchinson | | |
| 120. | Dec of Janecka | | |
| 121. | Dec of Macias | | |
| 122. | Dec of Moreiko | | |
| 123. | Dec of Nowicki | | |
| 124. | Dec of Harris | | |
| 125. | ED - Dr. REading CV | | |
| 126. | ED-Dr. Reading Rule 26 Report | | |
| 127. | ED - Dr. Reading Rule 26 Supplemental Report | | |
| 128. | ED-Dr. Reading Slides | | |
| 129. | ED - Affective Disprders | | |
| 130. | ED - Effect of Losing Spouse of Child | | |
| 131. | ED-DSM-5 | | |
| 132. | GEO's Response to SI-2 | | |
| 133. | Harris - Disciplinary Action Form - Harris | | |
| 134. | Harris Memo by Harris about himself | | |

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD. STE 1055, LOS ANGELES, CA 90064

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] JOINT EXHIBIT LIST

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 135. | Marquez - Appeal by Union | | |
| 136. | Marquez - Arbitration Transcript | | |
| 137. | Marquez - Disciplinary Action Form for Marquez | | |
| 138. | Marquez - FMLA Leave | | |
| 139. | Marquez - Marquez Termination File | | |
| 140. | Marquez - Termination Request for Marquez | | |
| 141. | Marquez -Arb Ruling | | |
| 142. | Marquez Arbitration -Union's Post Hearing Brief | | |
| 143. | Marquez Arbitration-Arb Ruling | | |
| 144. | Marquez Arbitration-Union's Post Hearing Brief | | |
| 145. | Memo - Sgt Hutchinson Memo | | |
| 146. | Memo - Sgt Soliz Memo | | |
| 147. | Memo - Shelton Memo | | |
| 148. | PBNDS - The applicable Standard | | |
| 149. | Policy- Master Control Policy | | |
| 150. | Policy- Special Management Unit Policy & Procedure | | |
| 151. | Policy-Geo's FMLA Policy | | |
| 152. | Policy-Geo's FMLA Policy | | |
| 153. | Santiago - Administrative Leave | | |
| 154. | Santiago - Change to Full Time | | |
| 155. | Santiago - Mitigation of Damages | | |
| 156. | Santiago - Termination Decision | | |
| 157. | Santiago - Termination Request for Santiago | | |
| 158. | Santiago -Disciplinary Action Form | | |

[PROPOSED] JOINT EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | for Santiago.pdf | | |
| 159. | Supervisor Shift Log | | |

Date: January 15, 2018            **MOSTAFAVI LAW GROUP, APC**

By: _____

Amir Mostafavi, Esq.
Attorneys for Plaintiff
EMANUEL SANTIAGO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOSTAFAVI LAW GROUP, APC
PRACTICE LIMITED IN EMPLOYMENT LAW
11835 W OLYMPIC BLVD, STE 1055, LOS ANGELES, CA 90064

[PROPOSED] JOINT EXHIBIT LIST