1  J. KEVIN LILLY, Bar No. 119981
   klilly@littler.com
2  MICHELLE RAPOPORT, Bar No. 247459
   mrapoport@littler.com
3  BROOKE DEARDURFF, Bar No. 292433
   bdeardurff@littler.com
4  LITTLER MENDELSON, P.C.
   633 West 5th Street
5  63rd Floor
   Los Angeles, CA  90071
6  Telephone:  213.443.4300
   Facsimile:   213.443.4299
7
   Attorneys for Defendants
8  THE GEO GROUP, INC. and GEO
   CORRECTIONS AND DETENTION, LLC
9

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13  EMANUEL SANTIAGO, an           Case No.  5:16-CV-02263 – DOC – KK
    individual,
14
                Plaintiff,         **NOTICE OF SETTLEMENT**
15
         v.
16
    THE GEO GROUP, INC., a Florida  Trial: January 16, 2018
17  Corporation dba GEO CALIFORNIA,
    INC.; GEO Corrections and Detention,
18  LLC; DOES 1 - 10, individuals, and
    DOES, 11 - 20, business entities
19  inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

NOTICE OF SETTLEMENT
5:16-CV-02263-DOC-KK

Plaintiff EMANUEL SANTIAGO ("Plaintiff") and Defendants THE GEO GROUP, INC. and GEO CORRECTIONS AND DETENTION, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby lodge this Notice of Settlement of the entire matter and all claims and causes of action contained therein. The parties anticipate filing a Joint Stipulation for Dismissal and [Proposed] Order dismissing the entire action within the next forty-five (45) days. In the meantime, all dates in this matter can be vacated.

Dated: January 24, 2018

AMIR MOSTAFAVI
MOSTAFAVI LAW GROUP, APC
Attorneys for Plaintiff
EMANUEL SANTIAGO

Dated:   January 24, 2018

/s/ Michelle Rapoport
J. KEVIN LILLY
MICHELLE RAPOPORT
BROOKE DEARDURFF
LITTLER MENDELSON, P.C.
Attorneys for Defendants
THE GEO GROUP, INC. and GEO CORRECTIONS AND DETENTION, LLC

Firmwide:152413322.1 059218.1286

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

NOTICE OF SETTLEMENT
5:16-CV-02263-DOC-KK

1